UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J'ON ALEXANDER and JUAN IZQUIERDO, on behalf of themselves and others similarly situated

CIVIL ACTION NO.: 23CV11101

**Plaintiff**

vs

DRG HOSPITALITY GROUP, INC. d/b/a DELMONICO'S

**Defendant**

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on 1/16/2024 at 1:20 PM at **56 Beaver Street, New York, NY 10004**

deponent served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **DRG Hospitality Group, Inc. d/b/a Delmonico's**, a domestic corporation,

by delivering thereat a true copy of each to **Michael Gabriel** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin : White
Hair : Brown
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight : 161-200 Lbs.
Other : Mustache, Beard

Sworn to before me this
17th day of January, 2024

NOTARY PUBLIC
DI CONG JIANG
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01JI0004030
COMM EXP. 03/27/2027

Juan Pimentel
License No.2066974

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160