# Exhibit 3

AFFIDAVIT OF SERVICE

INDEX #: **1:23-CV-11101-ER**
DATE FILED: **12/22/2023**
ATTORNEY: **JOSEPH & KIRSCHENBAUM LLP**
**32 BROADWAY SUITE #601 NEW YORK NY 10004 (212)688-5640**

**UNITED STATES DISTRICT COURT FOR THE**
SOUTHERN DISTRICT OF NEW YORK

**J'ON ALEXANDER AND JUAN IZQUIERDO, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,**
Plaintiff(s)

\- against -

**DRG HOSPITALITY GROUP, INC. D/B/A DELMONICO'S,**
Defendant(s)

**STATE OF NEW YORK:**
**COUNTY OF ALBANY: ss:**

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **03/15/2024, 11:41AM** at **187 WOLF ROAD, SUITE 101, ALBANY, NY 12205**, deponent served a **SUMMONS IN A CIVIL ACTION, COMPLAINT AND CONSENT TO SUE UNDER FEDERAL FAIR LABOR STANDARDS ACT** upon **DRG HOSPITALITY GROUP, INC. D/B/A DELMONICO'S , BY SERVICE UPON BUSINESS FILINGS INCORPORATED AS REGISTERED AGENT**, a defendant in the above captioned matter.

By delivering to and leaving a true copy of the above described papers thereof personally with **LAUREN PLOOF**, Registered Agent, who indicated that she was authorized to accept service of process on behalf of **DRG HOSPITALITY GROUP, INC. D/B/A DELMONICO'S**.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex **F** Approximate age **34** Approximate height **5'03"** Approximate weight **125** Color of skin **WHITE** Color of hair **BLACK**

Sworn to before me on 03/18/2024
DAVID POST NO. 01P06427868
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON 01/03/2026

X S. Marie
STEF MARIE

**SERVING BY IRVING INC.**
**18 EAST 41 STREET SUITE #1600 NEW YORK, NY 10017 (212)233-3346**

