# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
J'ON ALEXANDER and JUAN
IZQUIERDO, on behalf of themselves and
others similarly situated,

          Plaintiffs,

  v.

DRG HOSPITALITY GROUP, INC. d/b/a
DELMONICO'S,

          Defendant.
------------------------------------------------------x

Case No. 23 CV 11101 (ER)

## CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 21, 2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant DRG Hospitality Group, Inc. on January 16, 2024 by personally serving Michael Gabriel, and proof of service was therefore filed on January 19, 2024, Doc. # 5. I further certify that the docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York
      April 8, 2024

RUBY J. KRAJICK
Clerk of Court

By: _____
     Deputy Clerk