**Exhibit 5**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
J'ON ALEXANDER and JUAN
IZQUIERDO, on behalf of themselves and
others similarly situated,

                                          **Case No. 23 CV 11101 (ER)**

                  Plaintiffs,

      v.

DRG HOSPITALITY GROUP, INC. d/b/a
DELMONICO'S,

                 Defendant.
-------------------------------------------------------x

### DECLARATION OF JUAN IZQUIERDO

I, Juan Izquierdo, under penalty of perjury, affirm as follows:

1. I am a plaintiff in the above-captioned matter.

2. I worked at Delmonico's restaurant in Manhattan as a captain/server from approximately August 2023 to October 2023.

3. My job duties at Delmonico's included serving customers, running food and drinks, clearing tables, folding napkins, setting tables, moving tables, and stocking stations. I was on my feet and carrying items for virtually my entire shift.

4. I also regularly processed credit card payments as part of my job.

5. Attached hereto as **Exhibit 1** are true and correct copies of some of my paystubs from Delmonico's. I no longer have all of my paystubs. This exhibit includes my last paystub. My paystubs show the amount of credit card tips I received but not the amount of cash tips that I received.

6. I worked for Defendants in approximately seven weeks. I usually worked five days per week. In approximately two or three weeks I worked four days per week.

7. Attached hereto as **Exhibit 2** are true and correct copies of tip sheets from Delmonico's. Entries in the captain or server sections of these documents with my full name or "Juan" refer to me. This exhibit does not include every tip sheet from every shift that I worked.

8. The pages in Exhibit 2 that have separate sections for each front of house position and box on the bottom right that says "Point Values" show all of the front of house employees who worked that shift. The pages in Exhibit 2 that have headings for station, server, cash tips, and credit card tips show the amount of cash and credit card tips paid by customers for that shift.

9. In general, customers at Delmonico's left tips that were at least 20% of the bill.

10. The sommelier Sergio who hired other sommeliers and received tips for shifts when he did not provide customer service is listed on the tip sheets as "Sergio" in the sommelier section.

11. The maître d' Laura who participated in interviewing/hiring employees and managing the restaurant is listed on the tip sheets as "Laura" in the maître d' section.

12. The captain Branko who participated in interviewing/hiring employees and managing the restaurant is listed on the tip sheets as "Branko" in the captain section.

13. Delmonico's distributed credit card and cash tips through a tip pool. Each person in the tip pool was allocated a certain number of points based on his or her position. Captains, servers, bartenders, sommeliers, and maître d's got 10 points each. Runners and barbacks got 7.5 points each, and bussers got 5 points each. Although hosts are listed on some of the tip sheets, they did not receive any tips.

14. The credit card and cash tips for each shift were distributed on a *pro rata* basis according to the number of points allocated to each person included in the tip pool for that shift.

15. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
     7/19/2024

Juan Izquierdo

# Exhibit 1

DocuSign Envelope ID: C1AABC22-4D6E-4D78-88DD-64370038970t

| Statement of Earnings For: | Juan M Izquierdo | | | | | DRG Hospitality Group Inc |
|---|---|---|---|---|---|---|
| Employee #: | 55 | Department: | 1 | Period Begin: 9/11/2023 | Check Date: 9/22/2023 | 56 Beaver Street |
| Clock Number: | | | | Period End: 9/17/2023 | Pay Type: Hourly | New York, NY 10004 |
| Company Id: | 6705 | Federal Filing: Married Filing | Exemptions: | Additonal: | |
| | | State Filing: Married | Exemptions: | Additonal: | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 10370 | $1,332.33 | $1,601.02 | $1,332.33 | |

**EARNINGS** — *Not included in Totals     ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate Hrs/Units | Dollars YTD Hrs/Unit | YTD Dollars | Description |
|---|---|---|---|---|
| Tipped Regular | 15.0000  27.50 | 412.50  55.50 | 832.50 | |
| Tips Credit Car | | 1,188.52  0.00 | 2,037.20 | |
| Regular | | 0.00  4.00 | 60.00 | |
| Training | | 0.00  3.00 | 45.00 | |
| **Total:** | 27.50 | 1,601.02  62.50 | 2,974.70 | **Total:** |

| **TAXES** | | | **DEDUCTIONS** | |
|---|---|---|---|---|
| Description | Current | YTD | Description | Current  YTD |
| SOC SEC EE | 99.26 | 184.43 | | 0.00  0.00 |
| MED EE | 23.21 | 43.13 | | |
| FEDERAL WH | 4.35 | 84.21 | | |
| NEW YORK WH | 76.48 | 134.69 | | |
| NEW YORK CITY | 57.51 | 100.90 | | |
| NEW YORK SDI EE | 0.60 | 1.73 | | |
| NEW YORK PFL | 7.28 | 13.52 | | |
| **Total:** | 268.69 | 562.61 | **Total:** | |

CURRENT PERIOD LEAVE ACCRUAL

DISTRIBUTION OF NET PAY

DocuSign Envelope ID: C1AA5C22-4D6E-4D78-88DO-6A378D389701

| Statement of Earnings For: | Juan M Izquierdo | | | | | | DRG Hospitality Group Inc | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: 55 | Department | 1 | | Period Begin: 9/18/2023 | Check Date: 9/29/2023 | | 56 Beaver Street | | |
| Clock Number: | | | | Period End: 9/24/2023 | Pay Type: Hourly | | New York, NY 10004 | | |
| Company Id: 6705 | Federal Filing: Married Filing | | | Exemptions: | Add'tional: | | | | |
| | State Filing: Married | | | Exemptions: | Additional: | | | | |

| Check Number | Check Amount | | Gross Pay | | Net Pay | | | Check Message | |
|---|---|---|---|---|---|---|---|---|---|
| 10462 | $1,766.36 | | $2,225.53 | | $1,766.36 | | | | |

| EARNINGS | *Not Included in Totals | | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Tipped Regular | 15.0000 | 40.00 | 600.00 | 95.50 | 1,432.50 | SOC SEC EE | 137.98 | 322.41 | | | |
| Tipped Overtime | 22.5000 | 1.00 | 22.50 | 1.00 | 22.50 | MED EE | 32.27 | 75.40 | | | |
| Tips Credit Car | | | 1,603.03 | 0.00 | 3,640.23 | FEDERAL WH | 79.29 | 163.50 | | | |
| Regular | | | 0.00 | 4.00 | 60.00 | NEW YORK WH | 114.85 | 249.54 | | | |
| Training | | | 0.00 | 3.00 | 45.00 | NEW YORK CITY | 84.05 | 184.95 | | | |
| | | | | | | NEW YORK SDI EE | 0.60 | 2.33 | | | |
| | | | | | | NEW YORK PFL | 10.13 | 23.65 | | | |
| Total: | | 41.00 | 2,225.53 | 103.50 | 5,200.23 | Total: | 459.17 | 1,021.78 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | | | DISTRIBUTION OF NET PAY | |
|---|---|---|---|---|

DocuSign Envelope ID: C1AA5C2-006C-4079-88D0-84D763887D1

| Statement of Earnings For: | Juan M Izquierdo | | | | DRG Hospitality Group Inc |
|---|---|---|---|---|---|
| Employee #: 55 | Department 1 | | Period Begin: 9/25/2023 | Check Date: 10/6/2023 | 56 Beaver Street |
| Clock Number: | | | Period End: 10/1/2023 | Pay Type: Hourly | New York, NY 10004 |
| Company Id: 6705 | Federal Filing: Married Filing | | Exemptions: | Additional: | |
| | State Filing: Married | | Exemptions: | Additional: | |

| Check Number | Check Amount | Gross Pay | Net Pay | | Check Message |
|---|---|---|---|---|---|
| 10566 | $1,060.84 | $1,265.26 | $1,060.84 | | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | | | TAXES | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Tipped Regular | 15.0000 | 23.00 | 345.00 | 118.50 | 1,777.50 | SOC SEC EE | 78.45 | 400.86 | | | |
| Tips Credit Car | | | 920.26 | 0.00 | 4,560.49 | MED EE | 18.35 | 93.75 | | | |
| Regular | | | 0.00 | 4.00 | 60.00 | FEDERAL WH | 0.00 | 163.50 | | | |
| Tipped Overtime | | | 0.00 | 1.00 | 22.50 | NEW YORK WH | 58.02 | 307.56 | | | |
| Training | | | 0.00 | 3.00 | 45.00 | NEW YORK CITY | 43.24 | 228.19 | | | |
| | | | | | | NEW YORK SDI EE | 0.60 | 2.93 | | | |
| | | | | | | NEW YORK PFL | 5.76 | 29.41 | | | |
| Total: | | 23.00 | 1,265.26 | 126.50 | 6,465.49 | Total: | 204.42 | 1,226.20 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY |
|---|---|

Docusign Envelope ID: C1A49C22-4D5E-4D78-88D0-6437B038970I

| Statement of Earnings For: | | Juan M Izquierdo | | | | | DRG Hospitality Group Inc | |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 55 | Department | 1 | Period Begin: | 10/2/2023 | Check Date: 10/13/2023 | 56 Beaver Street | |
| Clock Number: | | | | Period End | 10/8/2023 | Pay Type: Hourly | New York, NY 10004 | |
| Company Id: | 6705 | Federal Filing: | Married Filing | Exemptions: | | Additional: | | |
| | | State Filing: | Married | Exemptions: | | Additional: | | |

| Check Number | Check Amount | Gross Pay | Net Pay | | Check Message |
|---|---|---|---|---|---|
| 10670 | $1,510.39 | $1,855.96 | $1,510.39 | | |

| EARNINGS | *Not Included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | | Description | Current |
| Tipped Regular | 15.0000 | 38.00 | 570.00 | 156.50 | 2,347.50 | | | | |
| Tips Credit Car | | | 1,285.96 | 0.00 | 5,846.45 | | | | |
| Regular | | | 0.00 | 4.00 | 60.00 | | | | |
| Tipped Overtime | | | 0.00 | 1.00 | 22.50 | | | | |
| Training | | | 0.00 | 3.00 | 45.00 | | | | |

| | | | | | | TAXES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Description | Current | YTD | |
| | | | | | | SOC SEC EE | 115.07 | 515.93 | |
| | | | | | | MED EE | 26.91 | 120.66 | |
| | | | | | | FEDERAL WH | 34.95 | 198.45 | |
| | | | | | | NEW YORK WH | 91.26 | 398.82 | |
| | | | | | | NEW YORK CITY | 68.34 | 296.53 | |
| | | | | | | NEW YORK SDI EE | 0.60 | 3.53 | |
| | | | | | | NEW YORK PFL | 8.44 | 37.85 | |

| Total: | | 38.00 | 1,855.96 | 164.50 | 8,321.45 | Total: | 345.57 | 1,571.77 | Total: | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

CURRENT PERIOD LEAVE ACCRUAL

DISTRIBUTION OF NET PAY

DocuSign Envelope ID: C1AA8C22-4D9E-4D79-8820-A437603B7011

## Statement of Earnings For: Juan M Izquierdo

### DRG Hospitality Group Inc
56 Beaver Street
New York, NY 10004

| Employee #: | 55 | Department | 1 | Period Begin: | 10/9/2023 | Check Date: | 10/20/2023 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | | | Period End: | 10/15/2023 | Pay Type: | Hourly |
| Company Id: | 6705 | Federal Filing: | Married Filing | Exemptions: | | Additional: | |
| | | State Filing: | Married | Exemptions: | | Additional: | |

### Check Message

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 10769 | $1,743.40 | $2,192.25 | $1,743.40 |

### EARNINGS
*Not Included in Totals    ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Tipped Regular | 15.0000 | 40.00 | 600.00 | 196.50 | 2,947.50 |
| Tipped Overtime | 22.5000 | 1.00 | 22.50 | 2.00 | 45.00 |
| Tips Credit Car | | | 1,569.75 | 0.00 | 7,416.20 |
| Regular | | | 0.00 | 4.00 | 60.00 |
| Training | | | 0.00 | 3.00 | 45.00 |
| **Total:** | | 41.00 | 2,192.25 | 205.50 | 10,513.70 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 135.92 | 651.85 |
| MED EE | 31.79 | 152.45 |
| FEDERAL WH | 75.30 | 273.75 |
| NEW YORK WH | 112.63 | 511.45 |
| NEW YORK CITY | 82.64 | 379.17 |
| NEW YORK SDI EE | 0.60 | 4.13 |
| NEW YORK PFL | 9.97 | 47.82 |
| **Total:** | 448.85 | 2,020.62 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### DISTRIBUTION OF NET PAY

### CURRENT PERIOD LEAVE ACCRUAL

DocuSign Envelope ID: C1A4BC22-4D6E-4D76-B800-6A37E0369701

| Statement of Earnings For: | Juan M Izquierdo | | | | | DRG Hospitality Group Inc | |
|---|---|---|---|---|---|---|---|

| Employee #: | 55 | Department | 1 | Period Begin: | 10/16/2023 | Check Date: | 10/27/2023 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | | | Period End | 10/22/2023 | Pay Type: | Hourly |
| Company Id: | 6705 | Federal Filing: | Married Filing | Exemptions: | | Additional: | |
| | | State Filing: | Married | Exemptions: | | Additional: | |

| Check Number | Check Amount | Gross Pay | | Net Pay | | Check Message | |
|---|---|---|---|---|---|---|---|
| 10880 | $1,935.28 | $2,509.73 | | $1,935.28 | | | |

EARNINGS *Not included in Totals    ^Hrs/Units = Units (Units not included in Totals)

| | | | EARNINGS | | | TAXES | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Tipped Regular | 15.0000 | 40.00 | 600.00 | 236.50 | 3,547.50 | SOC SEC EE | 155.60 | 807.45 | | |
| Tipped Overtime | 22.5000 | 2.00 | 45.00 | 4.00 | 90.00 | MED EE | 36.39 | 188.84 | | |
| Tips Credit Car | | | 1,864.73 | 0.00 | 9,280.93 | FEDERAL WH | 139.08 | 412.83 | | |
| Regular | | | 0.00 | 4.00 | 60.00 | NEW YORK WH | 135.23 | 646.68 | | |
| Training | | | 0.00 | 3.00 | 45.00 | NEW YORK CITY | 96.13 | 475.30 | | |
| | | | | | | NEW YORK SDI EE | 0.60 | 4.73 | | |
| | | | | | | NEW YORK PFL | 11.42 | 59.24 | | |
| Total: | | 42.00 | 2,509.73 | 247.50 | 13,023.43 | Total: | 574.45 | 2,595.07 | Total: | 0.00 | 0.00 |

CURRENT PERIOD LEAVE ACCRUAL                    DISTRIBUTION OF NET PAY

Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378038970



# Exhibit 2



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-643780389701



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378O389701

P0003



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378038970

Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378D389701

P0005





Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378O389701

Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-6437803897 01





Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-643780389701



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378 0389701

P0013

Shift: Lunch or Dinner    Day & Date: Wed 9/11   Closer: Chiko

| Station | Server | Cash Tips | Credit Card Tips |
|---|---|---|---|
| Station 1 | Seiko Cecy | $ 98 | $ 955.43 |
| Station 2 | Grace Choi | $194 | $794.01 |
| Station 3 | Slay | $222.00 | $1,042.79 |
| Station 4 | Sasa Zdvoravic | | 758.88 |
| Station 4 | Jon Muanter | $180.82 | $795.32 |
| Station 5 | Agata | $100 | $1,159.01 |
| Station 6 | Albert | $88 | $1,049.80 |
| Station 7 | | | |
| Station 10 | | | |
| Seation 11 | Bruno | -0- | $677. |
| Arty | Albert | -0- | $706.80 |
| | Mark | $219 | $965.90 |
| Bar 1 | | | |
| Bar 2 | | | |
| Bar 3 | | | |
| Bar 4 | | | |
| Bar 5 | | | |
| **Totals:** | | $ 1021 | $ 8904.5 |

CASH SALES $ 1505
CASH TIPS $ 1021
TOTAL CASH $ 2526

Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378O389701

P0014

Shift: Lunch or **Dinner**
*Please Include today's first name & last Initial

Day & Date: Wednesday 10/11

Pm Lo   jilled

| Captain: | Shift | Point | SW |
|---|---|---|---|
| Mou loo | | 10 | |
| Juan | | | |

| Servers: | Shift | Point | SW |
|---|---|---|---|
| 1 Salka | | | |
| 2 Grace | | | |
| 3 Eloy | | | |
| 4 Dara | | | |
| 5 Don L | | | |
| 6 A garin | | (8) Bar | |
| 7 Albert | | | PSE |
| 8 | | | |

| Bartender: | Shift | Point | SW |
|---|---|---|---|
| 1 Monk | | (8) | |
| 2 Michelle | | | |
| 3 Cassandra | | | 1 |
| 4 | | | |
| 5 Barback Esteam | | | 7.5 |
| **Total Pts** | | | 22.10 |

| Bussers: | Shift | Point | SW |
|---|---|---|---|
| 1 William G | | | |
| 2 Freddy V | | | |
| 3 Rodrigo | | | |
| 4 Esteban (8) | | | |
| 5 Antonio | | | |
| 6 Alejandra | | | |
| 7 Joanna | | | |
| 8 Tazim Noaf | | | |

| Runner: | Shift | Point | SW |
|---|---|---|---|
| 1 William G.H | | | |
| 2 Azuba | | | |
| 3 Rosario | | | |
| 4 Bon t | | (8) | |
| 5 Engel | | | |
| 6 Xavier | | | |
| **Total Pts** | | | 88 |

| Sommelier: | Shift |
|---|---|
| 1 Sergio | 10 |
| 2 Malvenoso | 10 |
| 3 | |

| Maitre d': | Shift |
|---|---|
| 1 Xavier | 10 |
| 2 | |
| 3 | |

| Host/Hostess | Shift |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| **Total Pts** | 90 |

**GRAND TOTAL POINTS**

**Point Values**

10 points = cc _____ cash
7.5 points = cc _____ cash
5 points = cc _____ cash

Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378038970 1



P0015



P0016

Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378 0389701

Main Level - afterhour          Thur 10/2

| Station | Server | Cash Tips | Credit Card Tips |
|---|---|---|---|
| Station 1 | SERENA GUERRERO | $ 103.95 | $ 755.05 |
| Station 2 | Grace Cerri | $ 60.00 | $ 1,082.50 |
| Station 3 | Nikita | $ 103 | $ 200.28 |
| Station 4 | Joan Hernandez | $ 110.00 | $ 947.16 |
| Station 5 | Luis Garcia | $ 100.00 | $ 546.22 |
| Station 6 | Agustt | $ 50.00 | $ 515.11 |
| Station 9 | Nesanon | $ 85 | $ 905.98 |
| Station #7 | ABDUL | $ 100 | $ 1156.20 |
| Station 11 | | | |
| | | | |
| Bar 1 | TrouLDD | $ 141 | $ 1617.58 + 20 |
| Bar 2 | | | |
| Bar 3 | | | |
| Bar 4 | | | |
| Bar 1 | | $ 42 | |
| Totals | | | $ 3246.65 |

CASH SALES   $ 1953
CASH TIPS   $ 192
                $ 2145

Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378038D701



P0017

Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378 0389701

Shift: Lunch or **Dinner**

Date

Day & Date: Tuesday 10.17

*please enter first name & last initial

| Captain: | Shift | Point | SW |
|---|---|---|---|
| Bruno | 10 | | |
| Juan | | Proud | |

| Server: | Shift | Point | SW |
|---|---|---|---|
| 1 Nemesia | | | |
| 2 Grace | | | |
| 3 Joshua | 2x | | |
| 4 Kyle P. | | ✓ | |
| 5 Chris | | | |
| 6 Christian | | Don | |
| 7 Agent | | 2x ✓ | |
| 8 Jonk | | GENE | |

| Bartender: | Shift | Point | SW |
|---|---|---|---|
| 1 Mark | 2x | | |
| 2 Caguislan | | ✓ | |
| 3 Alexis | | ✓ | |
| 4 | | | |
| 5 Borhock | | 7.5 | |
| Ervin | | | |

**Total Pts 137.5**

| Busser: | Shift | Point | SW |
|---|---|---|---|
| 1 Williams | | ✓ | |
| 2 Darwin | | | |
| 3 Ahed | | | |
| 4 Antonio | 7.5 | | |
| 5 James | | | |
| 6 Gawing | | Paul | |
| 7 Joeship | | | |
| 8 Fredor/Osorio | | | |

| Runner: | Shift | Point | SW |
|---|---|---|---|
| 1 Williams | 2x 7.5 | | |
| 2 Xavier | | | |
| 3 Doud | | | |
| 4 Guillermo | | | |
| 5 Erwin | | ✓ | |
| 6 | | | |

**Total Pts 77.5**

| | Sommelier | Shift |
|---|---|---|
| 1 | Segno | 10 |
| 2 | Baptiste | |
| 3 | | |

| | Maitre d: | Shift |
|---|---|---|
| 1 | Rista | 10 |
| 2 | | |
| 3 | | |

| | Host/Hostess | Shift |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

**Total Pts 30**

**GRAND TOTAL POINTS**

245

### Point Values

10 points = cc 358   cash 33

7.5 points = cc 263.5   cash 25.25

5 points = cc 179   cash 16.85

P0021

Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378038970I

Shift: Lunch or Dinner    (circled)

Day & Date: __TUE 10/17__

Closer: _____

| Station | Server: | Cash Tips: | Credit Card Tips: |
|---|---|---|---|
| Station 1 | NEMANDA | $69 | $807.00 |
| Station 2 | Grace | $275.00 | $685.45 |
| Station 3 | Doubra | $50. | $380.00 |
| Station 4 | Nikita | 65$ | 1046.61 $ |
| Station 5 | CHRISTOPHER | $269.00 | 804.54 |
| Station 6 | ALBERT | -0- | $1530.30 |
| Station 7 | Jon Alexander | 0 | 1910·40 |
| Station 8 | ChiShin Thetran | 0 | $300.02 |
| Station 11 | JUAN M. Barrero | 0 | $38.52 |
| BOARD | | | |
| | | | |
| Bar 1 | Cassandra Allysik | $124 — | $1,267.06 |
| Bar 2 | | | |
| Bar 3 | | | |
| Bar 4 | | | |
| Bar 5 | | | |
| Totals: | | $792 | $8221.2 |

2P0022

Day & Date: MoNdAy '0/16

| Station | Server: | Cash Tips: | Credit Card Tips: | |
|---|---|---|---|---|
| Station 1 | NEMANJA | $100 | $940.04 | x |
| Station 2 | Gruie Chai | 0 | $1257.72  893,60 | x |
| Station 3 | Jimmy c | $65.00 | H500  333 6d | # |
| Station 4 | HEATH | — | $ 611.33 | x |
| Station 5 | ALBERT | $21.00 | $ 483,86 | x |
| Station 6 | | | | |
| Station 9 | | | | |
| Station 10 | | | | |
| Station 11 | Salvat613 | — | $ 1188.20 | 04 |
| | | | | |
| Bar 1 | SARA PRINCONE | 104 $ | 333.20 $ | T |
| Bar 2 | ELENA | $186 | $876  6.908.26 | x |
| Bar 3 | | | | |
| Bar 4 | | | | |
| Bar 5 | | | | |
| Totals: | | $ 476.00 | $ 5,624.29 | |

Shift: Lunch  or Dinner    Closer:

Shift: Lunch  or Dinner

Captain:
Dian
Juan

Server:
1 Neman
2 Ginc
3 Loub
4 Mih
5 Chri
6 Chri
7 Alson
8 Zon

Bartender:
Mark
Chumm
Alexi

Barback:
Roton

P0027



P0028



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378038970



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378038970



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-6437803897O1

Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378O389701

P0034



THE 10/19

Closer: Daho

| Station | Server | Cash Tips | | Credit Card Tips |
|---|---|---|---|---|
| Station 1 | Jon Naylavdaly | $161.00 | | $1149.50 |
| Station 2 | Ervie Choi | $60.00 | | $ 992.00 |
| Station 3 | Cean couteau | $250.- | | $ 626.04 |
| Station 4 | Asaff | $17 | | $965.00 |
| Station 5 | Nikita | 80$ | | 1080.289 |
| Station 6 | Albert | —0— | | $1491.80 |
| Station 9 | | | | |
| Station 10 | | | | |
| Station 11 | | | | |
| Section 8 | Christian | $60 | | $ 623.60 |
| Skill | Christopher L | 0 | | $1,598.60 |
| Bono | Juan m. Banderas | 0 | | $828.20 |
| Bar 1 | Mark K | $523.00 | | . $1,865.44 |
| Bar 2 | | | | |
| Bar 3 | | | | |
| Bar 4 | | | | |
| Bar 5 | | | | |
| Totals: | | $ 1351 | | $ 10,000.66 |



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378D389701



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378038970 1

P0036

Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378038970 1



P0037



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378038970 1



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378D389701



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378038970



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378D389701

P0042



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378O389701

P0045



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378D389701

P0046



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378D389701

P0049





Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378O389701

P0051



Docusign Envelope ID: C1AABC22-4D6E-4D78-8BD0-64378038970I

P0052

P01111

Shift: Lunch or **Dinner**

*(please enter first name & last initial)

Day & Date: Tuesday 10.10

Darlo :filled

**Captain:**

| | Shift | Point | SW |
|---|---|---|---|
| | Danilo | 10 | |
| | Juan | | |

**Server:**

| | | Shift | Point | SW |
|---|---|---|---|---|
| 1 | Nemanja | | | |
| 2 | Grace | | | |
| 3 | Eloy | 2x | | |
| 4 | Loubna | | | |
| 5 | Albert | 2x | | |
| 6 | Jimmy | - | 3pu | |
| 7 | M/W 1st | (CI) | 3pm | |
| 8 | | | | |
| | | Total Pts | 107.0 | |

**Bartender:**

| | | Shift | Point | SW |
|---|---|---|---|---|
| 1 | Munih | 2x | 10 | |
| 2 | Michelle | (CI) | | |
| 3 | Camille | (CI) | | |
| 4 | | | | |
| 5 | **Barback** | | | |
| | Ratan | 2x | | |
| | | Total Pts | 107.0 | |

**Busser:**

| | | Shift | Point | SW |
|---|---|---|---|---|
| 1 | William G (CI) | (CI) | | |
| 2 | Lawrenz | | | |
| 3 | Antonio | 2x | | |
| 4 | Abel | | | |
| 5 | Javier | | | |
| 6 | Jaime | | | |
| 7 | | | | |
| 8 | | | | |

**Runner:**

| | | Shift | Point | SW |
|---|---|---|---|---|
| 1 | Raul | | | |
| 2 | Guillermo | (CI) | | |
| 3 | Edwin | 2x | | |
| 4 | Xavier | | | |
| 5 | William CH | 2x | | |
| 6 | | | | |
| | | Total Pts | 72.10 | |

**Sommelier:**

| | | Shift |
|---|---|---|
| 1 | Sergio | 2x  10 |
| 2 | Cipriani | (CI)  10 |
| 3 | | |

**Maitre d:**

| | | Shift |
|---|---|---|
| 1 | Porter | 10 |
| 2 | | |

**Host/Hostess:**

| | | Shift |
|---|---|---|
| 1 | Swimmer | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| | | Total Pts  30 |

**GRAND TOTAL POINTS  230**

**Point Values**

| | | |
|---|---|---|
| 10 points = cc | _____ | cash |
| 7.5 points = cc | _____ | cash |
| 5 points = cc | _____ | cash |

Document Exposure ID: 6af5bbce63aee5dd-d01b8950440780300101