**Exhibit 6**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**J'ON ALEXANDER and JUAN**
**IZQUIERDO, on behalf of themselves and**
**others similarly situated,**

**Case No. 23 CV 11101 (ER)**

        **Plaintiffs,**

  **v.**

**DRG HOSPITALITY GROUP, INC. d/b/a**
**DELMONICO'S,**

        **Defendant.**
-----------------------------------------------------------x

### DECLARATION OF J'ON ALEXANDER

I, J'on Alexander, under penalty of perjury, affirm as follows:

1.  I am a plaintiff in the above-captioned matter.

2.  I worked at Delmonico's restaurant in Manhattan as a server from 10 weeks from approximately August 2023 to the end of October 2023.

3.  Delmonico's opened in July 2023.

4.  The restaurant was open seven days a week.

5.  I worked five or six days per week at Delmonico's. Out of the 10 weeks that I worked, I believe I worked five days during six of those weeks and six days the other four weeks.

6.  As a server, my job duties included serving customers, folding and rolling napkins, detailing the dining room, carrying tables, setting tables, cleaning my station, putting away dishes, and polishing glasses. I was on my feet and carrying items for virtually my entire shift.

7.  I also regularly processed credit card payments as part of my job.

1

8. Attached hereto as **Exhibit 1** are true and correct copies of all of the paystubs I received from Delmonico's. My paystubs show the amount of credit card tips I received but not the amount of cash tips that I received.

9. During my employment, I worked double shifts that lasted longer than 10 hours on approximately 10 occasions.

10. Attached hereto as **Exhibit 2** are true and correct copies of tip sheets from Delmonico's. Entries with my full name, "Jon L," or "J'on" refer to me. This exhibit does not include every tip sheet from every shift that I worked.

11. The pages in Exhibit 2 that have separate sections for each front of house position and box on the bottom right that says "Point Values" show all of the front of house employees who worked that shift. The pages in Exhibit 2 that have headings for station, server, cash tips, and credit card tips show the amount of cash and credit card tips paid by customers for that shift.

12. In general, customers at Delmonico's left tips that were at least 20% of the bill.

13. On average, Delmonico's gross sales for a single dinner shift were at least $20,000, if not higher

14. The sommelier Sergio who hired other sommeliers and received tips for shifts when he did not provide customer service is listed on the tip sheets as "Sergio" in the sommelier section.

15. The maître d' Laura who participated in interviewing/hiring employees and managing the restaurant is listed on the tip sheets as "Laura" in the maître d' section.

16. The captain Branko who participated in interviewing/hiring employees and managing the restaurant is listed on the tip sheets as "Branko" in the captain section.

17. Delmonico's distributed credit card and cash tips through a tip pool.  Each person in the tip pool was allocated a certain number of points based on his or her position.  Captains, servers, bartenders, sommeliers, and maître d's got 10 points each.  Runners and barbacks got 7.5 points each, and bussers got 5 points each.  Although hosts are listed on some of the tip sheets, they did not receive any tips.

18. The credit card and cash tips for each shift were distributed on a *pro rata* basis according to the number of points allocated to each person included in the tip pool for that shift.

19. I declare under penalty of perjury that the foregoing is true and correct

Dated  New York, New York
7/17/2024

Jon Alexander

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

# Exhibit 1

# DRG Hospitality Group Inc

56 Beaver Street
New York, NY 10004

## Statement of Earnings For: J'on L Alexander

| Employee #: | 64 | Department | 1 | Period Begin: | 10/23/2023 | Check Date: | 11/3/2023 |
| Clock Number: | | | | Period End: | 10/29/2023 | Pay Type: | Hourly |
| Company Id: | 6705 | Federal Filing: | Head of | Exemptions: | | Additional: | |
| | | State Filing: | Single/Head of | Exemptions: | 1 | Additional: | |

### Check Message

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 10962 | $1,643.07 | $2,295.51 | $1,643.07 |
| | $1,643.07 | $2,295.51 | $1,643.07 |

## EARNINGS

*Not included in Totals          ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Tipped Regular | 10.0000 | 40.00 | 400.00 | 338.50 | 3,385.00 |
| Tipped Overtime | 17.1000 | 1.00 | 17.10 | 8.50 | 145.35 |
| Tips Credit Car | | | 1,878.41 | 0.00 | 13,287.11 |
| **Total:** | | **41.00** | **2,295.51** | **347.00** | **16,817.46** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 142.32 | 1,042.68 |
| MED EE | 33.28 | 243.85 |
| FEDERAL WH | 258.65 | 1,483.12 |
| NEW YORK WH | 120.53 | 828.35 |
| NEW YORK CITY | 86.62 | 608.78 |
| NEW YORK SDI EE | 0.60 | 6.00 |
| NEW YORK PFL | 10.44 | 76.52 |
| **Total:** | **652.44** | **4,289.30** |

## DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

## DISTRIBUTION OF NET PAY

## CURRENT PERIOD LEAVE ACCRUAL

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

# Statement of Earnings For: J'on L Alexander

## DRG Hospitality Group Inc
56 Beaver Street
New York, NY 10004

| Employee #: | 64 | Department: | 1 | Period Begin: | 10/16/2023 | Check Date: | 10/27/2023 |
| Clock Number: | | | | Period End: | 10/22/2023 | Pay Type: | Hourly |
| Company Id: | 6705 | Federal Filing: | Head of | Exemptions: | | Additional: | |
| | | State Filing: | Single/Head of | Exemptions: | 1 | Additional: | |

### Check Message

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 10841 | $1,670.37 | $2,344.26 | $1,670.37 |

## EARNINGS
*Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Tipped Regular | 10.0000 | 40.00 | 400.00 | 298.50 | 2,985.00 |
| Tipped Overtime | 17.1000 | 3.50 | 59.85 | 7.50 | 128.25 |
| Tips Credit Car | | | 1,884.41 | 0.00 | 11,408.70 |
| Total: | | 43.50 | 2,344.26 | 306.00 | 14,521.95 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 145.34 | 900.36 |
| MED EE | 33.99 | 210.57 |
| FEDERAL WH | 270.35 | 1,224.47 |
| NEW YORK WH | 124.25 | 707.82 |
| NEW YORK CITY | 88.69 | 522.16 |
| NEW YORK SDI EE | 0.60 | 5.40 |
| NEW YORK PFL | 10.67 | 66.08 |
| Total: | 673.89 | 3,636.86 |

## DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### DISTRIBUTION OF NET PAY

CURRENT PERIOD LEAVE ACCRUAL

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

Statement of Earnings For: **J'on L Alexander**

**DRG Hospitality Group Inc**
56 Beaver Street
New York, NY 10004

| Employee #: | 64 | | | Period Begin: | 10/9/2023 | Check Date: | 10/20/2023 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 1 | Period End: | 10/15/2023 | Pay Type: | Hourly |
| Company Id: | 6705 | Federal Filing: | Head of Single/Head of | Exemptions: | 1 | Additional: | |
| | | State Filing: | | Exemptions: | 1 | Additional: | |

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 10734 | $1,638.52 | $2,287.41 | $1,638.52 |

**Check Message**

### EARNINGS
*Not included in Totals    ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Tipped Regular | 10.0000 | 40.00 | 400.00 | 258.50 | 2,585.00 |
| Tipped Overtime | 17.1000 | 2.50 | 42.75 | 4.00 | 68.40 |
| Tips Credit Car | | | 1,844.66 | 0.00 | 9,524.29 |
| **Total:** | | 42.50 | 2,287.41 | 262.50 | 12,177.69 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 141.82 | 755.02 |
| MED EE | 33.17 | 176.58 |
| FEDERAL WH | 256.71 | 954.12 |
| NEW YORK WH | 119.91 | 583.57 |
| NEW YORK CITY | 86.27 | 433.47 |
| NEW YORK SDI EE | 0.60 | 4.80 |
| NEW YORK PFL | 10.41 | 55.41 |
| **Total:** | 648.89 | 2,962.97 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

**Statement of Earnings For:** J'on L Alexander

**DRG Hospitality Group Inc**
56 Beaver Street
New York, NY 10004

| | | | |
|---|---|---|---|
| Employee #: | 64 | Department | 1 |
| Clock Number: | | Federal Filing: | Head of |
| Company Id: | 6705 | State Filing: | Single/Head of |

| Period Begin: | 10/2/2023 | Check Date: | 10/13/2023 |
|---|---|---|---|
| Period End: | 10/8/2023 | Pay Type: | Hourly |
| Exemptions: | 1 | Additional: | |
| Exemptions: | 1 | Additional: | |

**Check Message**

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 10638 | $1,420.28 | $1,914.21 | $1,420.28 |

**EARNINGS** *Not included in Totals    ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Tipped Regular | 10.0000 | 40.00 | 400.00 | 218.50 | 2,185.00 |
| Tipped Overtime | 17.1000 | 1.50 | 25.65 | 1.50 | 25.65 |
| Tips Credit Car | | 0.00 | 1,488.56 | 0.00 | 7,679.63 |
| **Total:** | | 41.50 | 1,914.21 | 220.00 | 9,890.28 |

**CURRENT PERIOD LEAVE ACCRUAL**

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 118.68 | 613.20 |
| MED EE | 27.76 | 143.41 |
| FEDERAL WH | 173.53 | 697.41 |
| NEW YORK WH | 94.24 | 463.66 |
| NEW YORK CITY | 70.41 | 347.20 |
| NEW YORK SDI EE | 0.60 | 4.20 |
| NEW YORK PFL | 8.71 | 45.00 |
| **Total:** | 493.93 | 2,314.08 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**DISTRIBUTION OF NET PAY**

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

**DRG Hospitality Group Inc**

56 Beaver Street
New York, NY 10004

| Statement of Earnings For: | J'on L Alexander | | | | |
|---|---|---|---|---|---|
| Employee #: | 64 | Department: | 1 | Period Begin: | 9/25/2023 |
| Clock Number: | | | | Period End: | 10/1/2023 |
| Company Id: | 6705 | Federal Filing: | Head of | Exemptions: | 1 |
| | | State Filing: | Single/Head of | Exemptions: | 1 |

| Check Date: | 10/6/2023 |
|---|---|
| Pay Type: | Hourly |
| Additional: | |
| Additional: | |

**Check Message**

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 10532 | $1,251.24 | $1,631.48 | $1,251.24 |

**EARNINGS** *Not included in Totals ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate Hrs/Units | Dollars YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|
| Tipped Regular | 10.0000  33.50 | 335.00  178.50 | 1,785.00 |
| Tips Credit Car | | 1,296.48  0.00 | 6,191.07 |
| **Total:** | 33.50  1,631.48  178.50 | | 7,976.07 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 101.16 | 494.52 |
| MED EE | 23.65 | 115.65 |
| FEDERAL WH | 111.33 | 523.88 |
| NEW YORK WH | 77.68 | 369.42 |
| NEW YORK CITY | 58.40 | 276.79 |
| NEW YORK SDI EE | 0.60 | 3.60 |
| NEW YORK PFL | 7.42 | 36.29 |
| **Total:** | 380.24 | 1,820.15 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**DISTRIBUTION OF NET PAY**

**CURRENT PERIOD LEAVE ACCRUAL**

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

# DRG Hospitality Group Inc

56 Beaver Street
New York, NY 10004

| Statement of Earnings For: | J'on L Alexander | | | |
|---|---|---|---|---|
| Employee #: | 64 | Department | 1 | Period Begin: 9/18/2023 |
| Clock Number: | | Federal Filing: Head of | | Period End: 9/24/2023 |
| Company Id: | 6705 | State Filing: Single/Head of | | Exemptions: |
| | | | | Additional Exemptions: 1 |

Check Date: 9/29/2023
Pay Type: Hourly
Additional:
Additional:

## Check Message

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 10429 | $1,439.05 | $1,945.67 | $1,439.05 |

## EARNINGS

*Not Included in Totals    ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Tipped Regular | 10.0000 | 39.50 | 395.00 | 145.00 | 1,450.00 |
| Tips Credit Car | | | 1,550.67 | 0.00 | 4,894.59 |
| **Total:** | | 39.50 | 1,945.67 | 145.00 | 6,344.59 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 120.63 | 393.36 |
| MED EE | 28.22 | 92.00 |
| FEDERAL WH | 180.45 | 412.55 |
| NEW YORK WH | 96.12 | 291.74 |
| NEW YORK CITY | 71.75 | 218.39 |
| NEW YORK SDI EE | 0.60 | 3.00 |
| NEW YORK PFL | 8.85 | 28.87 |
| **Total:** | 506.62 | |

## DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

## DISTRIBUTION OF NET PAY

1,439.91

## CURRENT PERIOD LEAVE ACCRUAL

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

## Statement of Earnings For: J'on L Alexander

**DRG Hospitality Group Inc**
56 Beaver Street
New York, NY 10004

| Employee #: | 64 | Department | 1 | Period Begin: | 9/11/2023 | Check Date: | 9/22/2023 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Federal Filing: | Head of | Period End: | 9/17/2023 | Pay Type: | Hourly |
| Company Id: | 6705 | State Filing: | Single/Head of | Exemptions: | 1 | Additional: | |
| | | | | Exemptions: | 1 | Additional: | |

### Check Message

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 10337 | $1,230.78 | $1,597.45 | $1,230.78 |
| | $1,230.78 | | $1,230.78 |

### EARNINGS

*Not included in Totals    ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Tipped Regular | 10.0000 | 33.00 | 330.00 | 105.50 | 1,055.00 |
| Tips Credit Car | | | 1,267.45 | 0.00 | 3,343.92 |
| | | | | | |
| **Total:** | | 33.00 | 1,597.45 | 105.50 | 4,398.92 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 99.04 | 272.73 |
| MED EE | 23.16 | 63.78 |
| FEDERAL WH | 103.84 | 232.10 |
| NEW YORK WH | 75.81 | 195.62 |
| NEW YORK CITY | 56.95 | 146.64 |
| NEW YORK SDI EE | 0.60 | 2.40 |
| NEW YORK PFL | 7.27 | 20.02 |
| **Tr tal:** | 366.67 | 933.29 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **Total:** | 0.00 | 0.00 |

### DISTRIBUTION OF NET PAY

### CURRENT PERIOD LEAVE ACCRUAL

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

## Statement of Earnings For: J'on L Alexander

### DRG Hospitality Group Inc
56 Beaver Street
New York, NY 10004

| | | | |
|---|---|---|---|
| Employee #: | 64 | Department | 1 |
| Clock Number: | | Federal Filing: | Head of |
| Company Id: | 6705 | State Filing: | Single/Head of |

| | | |
|---|---|---|
| Period Begin: | 9/4/2023 | Check Date: 9/15/2023 |
| Period End: | 9/10/2023 | Pay Type: Hourly |
| Exemptions: | 1 | Additional: |
| Exemptions: | 1 | Additional: |

### Check Message

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 10258 | $1,243.64 | $1,618.85 | $1,243.64 |

### EARNINGS
*Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Tipped Regular | 10.0000 | 38.50 | 385.00 | 72.50 | 725.00 |
| Tips Credit Car | | | 1,233.85 | 0.00 | 2,076.47 |
| **Total:** | | **38.50** | **1,618.85** | **72.50** | **2,801.47** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 100.37 | 173.69 |
| MED EE | 23.47 | 40.62 |
| FEDERAL WH | 108.55 | 128.26 |
| NEW YORK WH | 76.99 | 119.81 |
| NEW YORK CITY | 57.86 | 89.59 |
| NEW YORK SDI EE | 0.60 | 1.80 |
| NEW YORK PFL | 7.37 | 12.75 |
| **Total:** | **375.21** | **566.62** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **0.00** | **0.00** |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

| Statement of Earnings For: | J'on L Alexander | | | | DRG Hospitality Group Inc | | |
|---|---|---|---|---|---|---|---|

| Employee #: | 64 | Department | 1 | Period Begin: | 8/28/2023 | Check Date: | 9/8/2023 | 56 Beaver Street |
|---|---|---|---|---|---|---|---|---|
| Clock Number: | | Federal Filing: | Head of | Period End: | 9/3/2023 | Pay Type: | Hourly | New York, NY 10004 |
| Company Id: | 6705 | State Filing: | Single/Head of | Exemptions: | 1 | Additional: | | |
| | | | | Exemptions: | 1 | Additional: | | |

**Check Message**

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 10170 | $770.49 | $935.08 | $770.49 |

**EARNINGS** *Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Tipped Regular | 10.0000 | 24.50 | 245.00 | 34.00 | 340.00 |
| Tips Credit Car | | | 690.08 | 0.00 | 842.62 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 57.97 | 73.32 |
| MED EE | 13.56 | 17.15 |
| FEDERAL WH | 19.71 | 19.71 |
| NEW YORK WH | 39.38 | 42.82 |
| NEW YORK CITY | 29.12 | 31.83 |
| NEW YORK SDI EE | 0.60 | 1.20 |
| NEW YORK PFL | 4.25 | 5.38 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|

| Total: | 24.50 | 935.08 | 34.00 | 1,182.62 | Total: | 164.59 | 191.41 | Total: | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|---|---|

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

| Statement of Earnings For: | J'on L Alexander | | | | DRG Hospitality Group Inc |
|---|---|---|---|---|---|
| Employee #: 64 | Department | 1 | Period Begin: 8/21/2023 | Check Date: 9/1/2023 | 56 Beaver Street |
| Clock Number: | Federal Filing: Head of | | Period End: 8/27/2023 | Pay Type: Hourly | New York, NY 10004 |
| Company Id: 6705 | State Filing: Single/Head of | | Exemptions: | Additional: | |
| | | | Exemptions: 1 | Additional: | |

| Check Number | Check Amount | Gross Pay | Net Pay | | Check Message |
|---|---|---|---|---|---|
| 10110 | $220.72 | $247.54 | $220.72 | | |

**EARNINGS** *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Tipped Regular | 10.0000 | 9.50 | 95.00 | 9.50 | 95.00 |
| Tips Credit Car | | | 152.54 | 0.00 | 152.54 |
| **Total:** | | 9.50 | 247.54 | 9.50 | 247.54 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 15.35 | 15.35 |
| MED EE | 3.59 | 3.59 |
| NEW YORK WH | 3.44 | 3.44 |
| NEW YORK CITY | 2.71 | 2.71 |
| NEW YORK SDI EE | 0.60 | 0.60 |
| NEW YORK PFL | 1.13 | 1.13 |
| **Total:** | 26.82 | 26.82 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**DISTRIBUTION OF NET PAY**

**CURRENT PERIOD LEAVE ACCRUAL**

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

# Exhibit 2

Shift: Lunch or Dinner or Private Event   Day & Date: Thursday 8.24   Dark   ...find this out

*(please enter first name & last initial)*

| Server | Shift | Point | SW |
|---|---|---|---|
| 1 Juan | | 10 | |
| 2 Pierre | | | |
| 3 H. Arch | | | |
| 4 Fabiano | | | |
| 5 Abgail | | | |
| 6 Myra – Zone | | | |
| 7 | | | |
| 8 Zone 2   Joaquin | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |

| Busser | Shift | Point | SW |
|---|---|---|---|
| 1 Gabriel | | 5 | |
| 2 Peter T | | | |
| 3 William G | | | |
| 4 Raul | | | |
| 5 Marcel | | | |
| 6 Narciso – Bar | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |

| Sommelier | Shift | Point | SW |
|---|---|---|---|
| 1 Sergio | | 10 | |
| 2 | | | |
| 3 | | | |

| Maître d' | Shift | Point | SW |
|---|---|---|---|
| 1 L.B ??? | | 10 | |
| 2 | | | |

| Barback | Shift | Point | SW |
|---|---|---|---|
| 1 Federico | | 7.5 | |

| Host/Hostess | Shift | Point | SW |
|---|---|---|---|
| 1 Lauren | | | |
| 2 | | | |
| 3 | | | |

| Bartender | Shift | Point | SW |
|---|---|---|---|
| 1 Mark | | 10 | |
| 2 | | | |
| 3 Angie | | | |
| 4 | | | |
| 5 | | | |

**Total Pts** 10

| Runner | Shift | Point | SW |
|---|---|---|---|
| 1 William Ch | | 7.5 | |
| 2 Horacio | | | |
| 3 Rou | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

**Total Pts** 12 ?

**Total Pts**

### GRAND TOTAL POINTS  90

#### Point Values

10 points = _____ cc _____ cash
7.5 points = _____ cc _____ cash
5 points = _____ cc _____ cash





Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

Shift Lead ___ P (Disney) or Private Event ___   Day & Date: Wed 8:30   Date ___ filled this out

*please note first name & last initial

**Server:**

| | | Shift | Point | SW |
|---|---|---|---|---|
| 1 | Juan | | | |
| 2 | Loubna | | | |
| 3 | Marta | | | |
| 4 | Albert | | | |
| 5 | Boris - Bar | | | |
| 6 | | | | |
| 7 | Denni S (Bar) | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |

**Bartender:**

| | | Shift | Point | SW |
|---|---|---|---|---|
| 1 | Havig | | | |
| 2 | Jenaro | | | |
| 3 | Christopher | | | |
| 4 | | | | |
| 5 | | | | |

Total Pts

**Busser:**

| | | Shift | Point | SW |
|---|---|---|---|---|
| 1 | Jose T | | | |
| 2 | Tobia T | | | |
| 3 | Antonio | | | |
| 4 | Rodrigo | | | |
| 5 | Wilfong | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | Sherif | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |

**Runner:**

| | | Shift | Point | SW |
|---|---|---|---|---|
| 1 | William | | | |
| 2 | Horacio | | | |
| 3 | Long | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |

Total Pts

**Sommelier:**

| | | Shift | Point | SW |
|---|---|---|---|---|
| 1 | Seigno | | | |
| 2 | | | | |
| 3 | | | | |

**Maitre d:**

| | | Shift | Point | SW |
|---|---|---|---|---|
| 1 | Puts | | | |
| 2 | | | | |

**Barback:**

| | | Shift | Point | SW |
|---|---|---|---|---|
| 1 | Rodney | | | |

**Host/Hostess:**

| | | Shift | Point | SW |
|---|---|---|---|---|
| 1 | Lauren | | | |
| 2 | | | | |
| 3 | | | | |

Total Pts

**GRAND TOTAL POINTS**

**Point Values**

10 points = ___ cc  ___ cash
7.5 points = ___ cc  ___ cash
5 points = ___ cc  ___ cash

P0003

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

Shift: Lunch or Dinner or Private Event    Day & Date: Wed 8/20    Closer: Peter

| Station | Server | Cash Tips | Credit Card Tips |
|---|---|---|---|
| Station 1 | Juan R. Barleros | 768 | 364 |
| Station 2 | Jordan | $80.- | 103.46.- |
| Station 3 | Henry | ~~500~~ 71.00 | 711.43 |
| Station 4 | Hubolt | $500.00 | 1077.21 |
| Station 5 | | | |
| Station 6 | | | |
| Station 7 | | | |
| Station 8 | | | |
| Station 9 | | | |
| Station 10 | James G. | ~-35-~ | -100- |
| Station 11 | | | |
| Bar 1 | Bart | Ø | $80.- |
| Bar 2 | Sergio Gds. (Dir) | $611.00 | $305.20 |
| Bar 3 | Erin.- | $800 | |
| Bar 4 | | | |
| Totals: | | $ ~~383~~ $2173 | $ 4141.³³ |



Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

Shift: Lunch or Dinner or Private Event    Day & Date: Tuesday 8-29    Closed: AM

| Table | Server | Cash Tips | Credit Card Tips |
|---|---|---|---|
| Server 1 | Mr. @ E Rees | 14.62 | 19.26 |
| Server 2 | Roben | 21 | 501.00 |
| Server 3 | Richie | — | 146.46 $ |
| Server 4 | Reese | 850 | 651.60 |
| Server 5 | Robert | 0 | $1474.24 |
| Server 6 | | | |
| Server 7 | | | |
| Server 8 | 4. Sharife | 0 | $300.00 |
| Server 9 | Mark K. | $242.00 | $299.00 |
| Server 10 | IAN M | $132 | |
| Server 11 | | | $549.69 |
| Bar 1 | | | |
| Bar 2 | | | |
| Bar 3 | | | |
| Bar 4 | | | |
| Total | | $ 509.62 | $ 4015. |

109.00

---

PD006

Shift: Lunch or Dinner
*(please enter first na...

Servers:
1. Duren
2. Richie
3. Reese
4. Glcee
5. Robert

Bartenders:
Mark
Ian Phela
Lorraine ha...

| | Total Pts |
|---|---|
| | 100 |





Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

Shift: Lunch or Dinner ☐  Day & Date: Wed 6.11  Closer: Ulrike

P0013

| Stations | Server | Cash Tips | Credit Card Tips |
|---|---|---|---|
| Station 1 | Soika Cedyn | $98 | $755.45 |
| Station 2 | Grace Ch. | $194 | $794.01 |
| Station 3 | Silly | $222.00 | $1,042.79 |
| Station 4 | Jon Quenter | $100.00 | 758.88 |
| Station 5 | Agatif | $100 | $1,169.01 |
| Station 6 | Albert | $88 | $1,049.80 |
| Station 7 | | | |
| Station 10 | | | |
| Station 11 | | | |
| PARTY | BRAND | -0- | $677. |
| | ALBERT | -0- | $706.80 |
| Bar 1 | Mark K | $314 | $965.90 |
| Bar 2 | | | |
| Bar 3 | | | |
| Bar 4 | | | |
| Bar 5 | | | |
| **Totals:** | | $ 1021 | $ 8904.5 |

CASH SALES $ 1505
CASH TIPS $ 1021
TOTAL CASH $ 2526

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

Shift: Lunch or Dinner

Day & Date: Wednesday 10.11

P0014

| Captain: | Shift | Point | SW |
|---|---|---|---|
| Nonilo | | 10 | |
| Juan | | | |

| Servers: | Shift | Point | SW |
|---|---|---|---|
| 1 Ismael | | | |
| 2 Eric t | | | |
| 3 Eloy | | | |
| 4 Jada | | | |
| 5 Jose L | | | |
| 6 Agustin | | (5) Bar | |
| 7 Albert | | TOE | |
| 8 | | | |
| Bartender: | | | |
| 1 Mark | | (5) | |
| 2 Michelle | | 10 | |
| 3 Cassandra | | ✓ | |
| 4 | | | |
| 5 Barback | | 7.5 | |
| Carlos | | | |
| Total Pts | | 122.10 | |

| Busser: | Shift | Point | SW |
|---|---|---|---|
| 1 William G | | | |
| 2 Freddy V | | | |
| 3 Rosario | | (5) | |
| 4 Esteban | | | |
| 5 Antonio | | | |
| 6 Alejandro | | | |
| 7 Joanna | | | |
| 8 Ruben | Mark | | |

| Runner: | Shift | Point | SW |
|---|---|---|---|
| 1 William CH | | | |
| 2 Ruben | | | |
| 3 Rosario | | (5) | |
| 4 Boris | | | |
| 5 Engel | | | |
| 6 Xavier | | | |
| Total Pts | | 81 | |

Onlo

| Sommelier: | Shift |
|---|---|
| 1 Sergio | 10 |
| 2 MarioJosé | 15 |
| 3 | |

| Maître di: | Shift |
|---|---|
| 1 Lorena | 10 |
| 2 | |

| Host/Hostess | Shift |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| Total Pts | 90 |

**GRAND TOTAL POINTS**

Point Values

10 points = cc _____ cash

7.5 points = cc _____ cash

5 points = cc _____ cash

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

P0015

Shift: Lunch or Dinner

Day & Date: _Thursday 10.12_ _Dabo_ filled

**Cooks**

| Cooks | Shift | Point | SW |
|---|---|---|---|
| Djani las Juan | 2x | 10 | |

**Server**

| Server | Shift | Point | SW |
|---|---|---|---|
| 1 Cesar | | cl | |
| 2 Grace | | | |
| 3 Maria | | | |
| 4 Jon L | | | |
| 5 Luis | 2x | | |
| 6 Hector | 5-2x | | |
| 7 Albert | | PX | |
| 8 Normani | | Gill | |

**Bartender**

| Bartender | Shift | Point | SW |
|---|---|---|---|
| 1 Hank | 2x | | |
| 2 Eileen | | | |
| 3 Camille | | cl | |
| 4 | | | |
| 5 Bartend | | | |

Total Pts: 2x 9.5 138.5

---

**Busser**

| Busser | Shift | Point | SW |
|---|---|---|---|
| 1 David P | | 5 | |
| 2 Gabriel | | cl | |
| 3 James | | | |
| 4 Freddy V | | | |
| 5 William G | 2x | | |
| 6 Alejandro | | | |
| 7 Donnie | | | |
| 8 Lorenzo | 2x | | |

**Runner**

| Runner | Shift | Point | SW |
|---|---|---|---|
| 1 William M | | 9.5 | |
| 2 Xavier | | | |
| 3 Mateo | | | |
| 4 Paul | | | |
| 5 Edwin | | | |
| 6 | | | |

Total Pts: 73

---

**Sommelier**

| Sommelier | Shift |
|---|---|
| 1 Sergio | 10 |
| 2 Manhio 2m | 10 |
| 3 | |

**Waiter at**

| Waiter at | Shift |
|---|---|
| 1 Bartem | 10 |
| 2 | |

**Host/Hostess**

| Host/Hostess | Shift |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

Total Pts: 30

**GRAND TOTAL POINTS** 245

**Point Values**

10 points = cc $32.97 cash $35.00

7.5 points = cc $24.44 cash $26.00

5 points = cc $16.49 cash $10.00



Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

Shift: Lunch or (Dinner)
*please enter first name & last initial

Day & Date: Friday 16-33

P0017

| Captain: | Shift | Point | SW |
|---|---|---|---|
| Bronko | | | |
| Juan | | | |

| Server: | Shift | Point | SW |
|---|---|---|---|
| 1 Cezal | | | |
| 2 Grace | | | |
| 3 Andrew | | | |
| 4 Milena | | | |
| 5 Albert | | | |
| 6 Agem | Row | | |
| 7 Zent | @ Gvill | | |
| 8 Zeus G | @ Pandol | | |

| Bartender: | Shift | Point | SW |
|---|---|---|---|
| 1 Maya | cl | | |
| 2 Elena | | | |
| 3 Dayanara | 2x | | |
| 4 | | | |
| 5 Norbert | | | |
| | Zitz Lany | | |
| | Total Pts | | |

| Busser: | Shift | Point | SW |
|---|---|---|---|
| 1 Mario | EL | | |
| 2 Gabriel | | | |
| 3 Javier P | | | |
| 4 Jaime 2n | | | |
| 5 Esteban | | | |
| 6 Adrian Sa | | | |
| 7 Freddy | | | |
| 8 ---" | | | |

| Runner: | Shift | Point | SW |
|---|---|---|---|
| 1 William EH | 2x | | |
| 2 Oliveon | | | |
| 3 Guillermo | 2x | | |
| 4 | | | |
| 5 XAVIER (Lync) | | | |
| 6 | | | |
| | Total Pts | | |

| Sommelier: | Shift |
|---|---|
| 1 Sergio | cl |
| 2 Cipriano | 2x |
| 3 | |

| Maitre d: | Shift |
|---|---|
| 1 Lauren | |

| Host/Hostess | Shift |
|---|---|
| 1 Mille | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| | Total Pts |

### GRAND TOTAL POINTS

**Point Values**

| 10 points = cc | cash |
| 2.5 points = cc | cash |
| 5 points = cc | cash |

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

Shift Lunch or **Dinner**     Day & Date: **Tuesday** \_ 17     Date     filed

*please circle first name & last initial

| Captain: | Shift | Point | SW |
|---|---|---|---|
| Bruno | 10 | | |
| Juan | | Point | |

| Server: | Shift | Point | SW |
|---|---|---|---|
| 1 Nomonia | | | |
| 2 Grace | | | |
| 3 Laurena | 2x | | |
| 4 Victor | 6 | | |
| 5 Chris | | | |
| 6 Christian | | 2x | |
| 7 Aignat | 2x | 1/2 late | |
| 8 Toni L | | late | |

| Bartender: | Shift | Point | SW |
|---|---|---|---|
| 1 Hersh | 2x | | |
| 2 Cummins Jon | | 1 | |
| 3 Alexis | | 6 | |
| 4 | | | |
| 5 Barback | | | |
| Raven | | 7.5 | |
| | | **Total Pts** 137.5 | |

| Busser: | Shift | Point | SW |
|---|---|---|---|
| 1 Williams | | 6 | 1.5 |
| 2 Darin | | | |
| 3 Aneo | | | |
| 4 Antonio | 2x | | |
| 5 Jaime S | | | |
| 6 Cosmo | | Paul | |
| 7 Joahua | | | |
| 8 Teddy | 10 | 10 | 10 |

| Runner: | Shift | Point | SW |
|---|---|---|---|
| 1 Williams | 1/2 | 2x | 7.5 |
| 2 Xavier | | | |
| 3 Raul | | | |
| 4 Ogg Glenn | | | |
| 5 E Erwin | | 2t | |
| 6 | | | |
| | | **Total Pts** 77.5 | |

| | Sommelier | Shift |
|---|---|---|
| 1 | Sergio | 10 |
| 2 | Gabriel | |
| 3 | | |

| | Maître d: | Shift |
|---|---|---|
| 1 | Ruth | 10 |
| 2 | | |
| 3 | | |

| | Host/Hostess | Shift |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | **Total Pts** 30 |

**GRAND TOTAL POINTS**    245

**Point Values**

| | | |
|---|---|---|
| 10 points = cc 358 | cash 33 | |
| 7.5 points = cc 283.5 | cash 25 2t | |
| 5 points = cc 179 | cash 16.85 | |

P0021

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

Shift: Lunch or (Dinner)

Day & Date: — TUE 10/17 —

Closer: —

| Station | Server: | Cash Tips: | Credit Card Tips: |
|---|---|---|---|
| Station 1 | NEIVANDA | $69 | $807.00 |
| Station 2 | Grace | $275.00 | $685.95 |
| Station 3 | Doubra | $50 | $380.60 |
| Station 4 | Wikita | 65$ | 1046.61$ |
| Station 5 | CHRISTOPHER | $209.00 | 804.54 |
| Station 6 | | -0- | $1530.30 |
| Station 7 | ALBERT | | |
| Station 10 8 | Jon Alexandrov | Ø | 1910.40 |
| Station 11 | Chisom Feltrow | Ø | $300.00 |
| BOARD | JUAN M./ROMERO | | $38.52 |
| | | | |
| Bar 1 | Gabriella Bilysik | $124 — | $1,267.06 |
| Bar 2 | | | |
| Bar 3 | | | |
| Bar 4 | | | |
| Bar 5 | | | |
| **Totals:** | | $ 792 | $ 8771.2 |

P0022

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12



Day & Date: Monday 0/16

| Station | Server: | Cash Tips: | Credit Card Tips: | |
|---|---|---|---|---|
| Station 1 | Normalla | $100 | $740.04 | × |
| Station 2 | Grace Chai | 0 | $1287.32 893.60 | × |
| Station 3 | Jimmy | $65. | 333.64 | # |
| Station 4 | Albert | — | $611.33 | × |
| Station 5 | ALBERT | $21.00 | $483.86 | × |
| Station 6 | | | | |
| Station 9 | | | | |
| Station 10 | | | $1188.20 | 04 |
| Station 11 | Salvaldja | — | | |
| | | | | |
| Bar 1 | SARA PRHERAC | 104 $ | 333.20 $ | 7 |
| Bar 2 | ELENA | $186 | 708.86 | × |
| Bar 3 | | | | |
| Bar 4 | | | | |
| Bar 5 | | | | |
| Totals: | | $ 476.00 | $ 5,672.29 | |

P0027

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12



Bestway Carting Inc.

| Shift Leader or Owner | Shift | Point | SW |
|---|---|---|---|
| Captain: Juan | cl | 10 | |

| Server: | | | |
|---|---|---|---|
| 1 Nemanja | | | |
| 2 Laurel | cl | | |
| 3 Jimmy | | | |
| 4 Marta | | | |
| 5 Albert | | | |
| 6 (Kevin) | | Bar | |
| 7 Matteo | | Grill | |

| Bartender: | Shift | Point | SW |
|---|---|---|---|
| 1 Elvin | | 10 | |
| 2 Cassandra | 2x | | |
| 3 | | | |
| 4 | | | |

| Barback | | | |
|---|---|---|---|
| Gabriel Jose | | 75 | |
| Total Pts | | 10799 | |

| Busser: | | Shift | Point | SW |
|---|---|---|---|---|
| 1 Antonio | | 7x | 5 | |
| 2 Fabian | | 2x | | |
| 3 James | | | | |
| 4 Abed | | cl | | |
| 5 Freddy | | cano | | |
| 6 Rodrigo | | | | |
| 7 | | | | |
| 8 | | | | |

| Runner: | | Shift | Point | SW |
|---|---|---|---|---|
| 1 William CH | | 2x | 75 | |
| 2 XAVIER | | | | |
| 3 Roni | | cl | | |
| 4 Guillom | | Ex | | |
| 5 | | | | |
| 6 | | | | |
| Total Pts | | | 60 | |

| Sommelier | Shift | |
|---|---|---|
| 1 Cristian | 2 | 0 |
| 2 | | |
| 3 | | |

| Maître d | Shift | |
|---|---|---|
| 1 Ruben | | 0 |

| Host/Hostess | Shift |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| Total Pts | 20 |

**GRAND TOTAL POINTS** 187⁵

**Point Values**

10 points = cc 303.69 cash 25 38

7.5 points = cc 227.77 cash 19 03

5 points = cc 151.84 cash 12 69

P0028



Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

P0031

Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12



10/18/2023 WED 10/18   Dinner: Perks

| Station | Server | Cash Tips | Credit Card Tips |
|---|---|---|---|
| Station 1 | Sara Trevison | | |
| Station 2 | Grace Chai | $100 | $967.92 |
| Station 3 | Cesar Coloma | $57 | $1,091.14 |
| Station 4 | Silke Callejo | — | $1,721.37 |
| Station 5 | | | |
| Station 6 | Christian Fuentes | $840 | 9/13 P.55 |
| Station 8 | | | $620 |
| Station 9 | | | |
| Station 10 | | | |
| Station 11 | | | |
| Kitchen | Christopher Toal | 0 | $1,241.80 |
| Bar 01 | | 0 | $735.10 |
| Bar 1 | Kolet (BAR) | 0 | $842.3 617 |
| Bar 2 | Lorraine | $200.00 | $842.35 1216 |
| Bar 3 | Michelle | | $1,168.42 |
| Bar 4 | | | |
| Bar 5 | | | |
| Totals: | | $ 639.00 | $12,028.89 |

P0032

Docusign Envelope ID: AA2D23E6-224F-4F75-9C53-CD97D810DB12



Day & Date: Thursday 10.17

**Lunch or Dinner**

| Captains: | Shift | Point | SW |
|---|---|---|---|
| Blanca | | 2x | 2x |
| Juan | | | Brad |

| Server: | Shift | Point | SW |
|---|---|---|---|
| Don L | | | |
| Grace | | 2x | |
| Ceci | | | |
| Aaron | | | |
| Wilson | | ⑥ | |
| Albert | | ⑥ | P.P. Bill |
| Chi 2 | | | Beck |
| Christian | | | |

| Bartender: | Shift | Point | SW |
|---|---|---|---|
| Mark | | | |
| Elenn | | ⓒ | |
| Donniella | | 2x | |
| Aggie | | | |
| Relief | | | |
| York Lewis | | | |

Total Pts 44.50

| Runner: | Shift | Point | SW |
|---|---|---|---|
| 1 | Jaime | | 2x |
| 2 | Freddy | V | ⓓ |
| 3 | Gabriel | | ⓓ |
| 4 | Julio G P | | 2x |
| 5 | Rodrigo | | |
| 6 | Marvin | | |
| 7 | William G | | 2x |
| 8 | Hugo Sanchez | | |

| Runner: | Shift | Point | SW |
|---|---|---|---|
| 1 | William CH | | |
| 2 | Xavier | | |
| 3 | Oliver | | |
| 4 | Rene | | |
| 5 | Guillermo | | |
| 6 | EDWIN | | ☒ |

Total Pts ☒

Denis

| Sommelier: | Shift |
|---|---|
| 1 Sergio | 10 |
| 2 | |
| 3 | |

| Maître d': | Shift |
|---|---|
| 1 Benton | ✓ |
| 2 | |

| Host/Hostess | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

Total Pts 20

**GRAND TOTAL POINTS** 252.5

**Point Values**

10 points = cc $405.19 cash $13.10

7.5 points = cc $302.69 cash $110.13

5 points = cc $201.29 cash $26.75



THE 10/19 Closer: _(signature)_

Day & Date:

| Station | Server | Cash Tips | Credit Card Tips |
|---|---|---|---|
| Station 1 | Jen Hernandez | $101.00 | $1,149.50 |
| Station 2 | Trace Chair | $60.00 | $992.20 |
| Station 3 | Egan contreras | $250.- | $626.04 |
| Station 4 | Agift | $17 | $755.00 |
| Station 5 | Ululu | 80$ | $1,080.289 |
| Station 6 | Albert | -0- | $1,491.80 |
| Station 9 | | | |
| Station 10 | | | |
| Station 11 | | | |
| Skill | Christian | $60 | $623.60 |
| Bond | Christopher | 0 | $1,598.60 |
| | Valtin Banderas | | |
| | Mark | $523.00 | $828.20 |
| Bar 1 | | | $1,865.44 |
| Bar 2 | | | |
| Bar 3 | | | |
| Bar 4 | | | |
| Bar 5 | | | |
| Totals: | | $ 1351 | $ 10,000.66 |





Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

Shift: Lunch or Dinner    Day & Date: Friday 10.20.___    Credit Card Tips

| Station | Server | Cash Tips | Credit Card Tips |
|---|---|---|---|
| Station 1 | Grace Choi | 0 | $ 274.50 |
| Station 2 | CGraciela | $177.22 | $ 96... |
| Station 3 | Luis Garcia | $80 | $ 761.10 |
| Station 4 | Agett | | $ 698.60 |
| Station 5 | Robert | $ 351 | $1,15.5501 |
| Station 6 | Martin b | $ 52 | $ 535 wet 16 |
| Station 7 | Jon/Jennifer | $ | $ 1040 |
| Station 10 | Hilda | $ 88 | $12,412 |
| Station 11 | | | |
| Bar 1 | Mark K | $ 147.00 | 1,239.94 |
| Bar 2 | | | |
| Bar 3 | | 30- | |
| Bar 4 | | | |
| Bar 5 | | | |
| Subtotal | | $ | $ 153.29 |



Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

P0037















Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12

P0049



Docusign Envelope ID: AA2D23E8-224F-4F75-9C53-CD97D810DB12





Shift: Lunch or **Dinner**

*(please enter first name & last initial)

Day & Date: Tuesday 10.10

Danlo ; filled

| Captain: | Shift | Point | SW |
|---|---|---|---|
| Danlo | | 10 | |
| Juan | | | |

| Server: | Shift | Point | SW |
|---|---|---|---|
| 1 Nemanja | | | |
| 2 Grace | | | |
| 3 Eloy | 2x | | |
| 4 Cohbran | | | |
| 5 Albert | 2x | | |
| 6 Jimmy | – | | Byou |
| 7 M/W/tot | (C) | | Prond |
| 8 | | | |

| Bartender: | Shift | Point | SW |
|---|---|---|---|
| 1 Munih | 2x | 10 | |
| 2 Michelle | (C) | | |
| 3 Camille | (C) | | U |
| 4 | | | |
| 5 Barback | | | |
| Rentanh | 2x | | |
| | | Total Pts | 102.0 |

| Busser: | Shift | Point | SW |
|---|---|---|---|
| 1 William G | | (C) | |
| 2 Hawcrz | | | |
| 3 Antonio | | 2x | |
| 4 Abel | | | |
| 5 Javier | | | |
| 6 Jayme | | | |
| 7 | | | |
| 8 | | | |

| Runner: | Shift | Point | SW |
|---|---|---|---|
| 1 Raut | | | |
| 2 Bartlevrna | | (C) | |
| 3 Edwin | | 2x | |
| 4 Xavier | | | |
| 5 William CH | | 2x | |
| 6 | | | |
| | | Total Pts | 72.10 |

| Sommelier | Shift | | |
|---|---|---|---|
| 1 Sergio | 2x | 10 | |
| 2 Cipriman | (C) | O | |
| 3 | | | |

| Maitre d: | Shift | | |
|---|---|---|---|
| 1 Porter | | O | |
| 2 | | | |

| Host/Hostess | Shift | | |
|---|---|---|---|
| 1 Summer | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| | | Total Pts | 30 |

GRAND TOTAL POINTS  230

**Point Values**

10 points = cc _____ cash

7.5 points = cc _____ cash

5 points = cc _____ cash