**Exhibit 7**



# MENUS

We use cookies to improve your browsing experience on our site.



DINNER    LUNCH    POWER LUNCH PRIX FIXE

DESSERT    COCKTAILS    BAR MENU

# RAW & COLD

## CAVIAR SERVICE

50gr of European Royal Osetra Served with Traditional Accompaniments

200

## SEAFOOD PLATEAU

Daily Collection of Raw Bar Seafood & Shellfish Add King Crab

+20

59 per person

## KUMAMOTO OYSTERS

Mignonette,

Add Osetra Caviar  +40

26

## CHILLED JUMBO PRAWNS

Cocktail Sauce

28

## YELLOWTAIL CRUDO

We use cookies to improve your browsing experience on our site.



# APPETIZERS

### CAESAR SALAD
Little Gem, Aged Parmesan, Anchovy, Creamy Myung Ran Dressing

24

### OSCAR'S WEDGE SALAD
Iceberg, Heirloom Tomato, Red Onion, Kikorangi Blue, Prosciutto Chips, Yuzu Honey Vinaigrette

26

### BURRATA
Saffron Turnip Purée, Cherry Tomato, Balsamic

24

### CARAMELIZED BACON
Tonic 01 Foie Maple Syrup

23

### MAINE CRAB CAKE
Potato Strings, Tarragon Dill Tartar

35

We use cookies to improve your browsing experience on our site.





# ENTREES

## RIGATONI POMODORO
Heirloom Tomato, Basil, Aged Parmesan

33

## FAROE ISLAND SALMON
Fava Bean Puree, Pickled Daikon, Smoked Oil

44

## LOBSTER NEWBERG
Cognac, Tarragon, Lobster Coral

59

## CHICKEN A LA KEENE
English Peas, Cherry Tomatoes, Asparagus, Piqullio, Creamy Sherry Sauce

(Plant-Based Option Available Upon Request)

44

## HALIBUT
Trout Roe Caviar, Affilia Cress, Grapefruit Beurre Blanc

45

## LAMB CHOPS
Pistachio, Caramelized Yogurt

67

We use cookies to improve your browsing experience on our site.



## SCALLOPS

Corn Purée, Pickled Fennel, Arugula Salad

55

---

# STEAKS

### SIGNATURE DELMONICO RIBEYE

18oz, Brandt Family Farms, CA

79

### EYE OF DELMONICO

12oz, Brandt Family Farms, CA

68

### FILET MIGNON

10oz, Allen Brothers Angus, SD

66

### BONE-IN NEW YORK STRIP

18oz, DemKota Ranch, SD

73

### DRY AGED BONE IN RIBEYE

22oz, DemKota Ranch, SD

We use cookies to improve your browsing experience on our site.

7/15/24, 10:19 AM　　　　　Menus | Delmonico's in New York, NY



150

## WAGYU COTE DE BOEUF
36oz, Westholme Wagyu, AU

250

## PORTERHOUSE FOR TWO
40oz, DemKota Ranch, SD

195

## BUTTERS
Black Garlic Butter 6

Spicy Kosho Butter 6

## SAUCES
Sichuan Peppercorn Sauce 6

Creamy Blue Cheese Sauce 6

Shallot Beef Jus 6

---

# SIDES

### SAUTÉED WILD MUSHROOMS
Olive Oil

17

We use cookies to improve your browsing experience on our site.

https://www.theoriginaldelmonicos.com/menus/　　　　　6/7



17

## CHARRED BROCCOLI RABE
Aleppo, Garlic Olive Oil

15

## CREAMED SPINACH
Garlic Bechamel

15

## HASH BROWNS
Espelette, Crème Fraîche, Chives

Add Ossetra Caviar  +MP

18

## HAND CUT FRENCH FRIES
Spicy Mustard Aioli

15

We use cookies to improve your browsing experience on our site.

