Exhibit 8 - Damages summary

| Plaintiff | Unpaid MW compensatory damages | Unpaid MW liquidated damages | Unpaid OT compensatory damages | Unpaid OT liquidated damages | Unpaid SOH compensatory damages | Unpaid SOH liquidated damages | Misappropriated tips compensatory damages | Misappropriated tips liquidated damages | Total compensatory damages | Late paid cash tips liquidated damages | Total liquidated damages | NYLL 195(1) | NYLL 195(3) | Daily interest amount | Midpoint of employment | Interest as of 7/22/24 | Total as of 7/12/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alexander | $1,692.50 | $1,692.50 | $45.90 | $45.90 | $150.00 | $150.00 | $1,604.79 | $1,604.79 | $3,493.19 | $2,023.04 | $5,516.23 | $2,700.00 | $5,000.00 | $0.86 | 9/24/2023 | $260.12 | $16,969.54 |
| Izquierdo | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,167.86 | $1,167.86 | $1,167.86 | $1,413.07 | $2,580.93 | $1,650.00 | $5,000.00 | $0.29 | 9/24/2023 | $86.97 | $10,485.76 |
| | | | | | | | | Total: | $4,661.05 | $3,436.11 | $8,097.16 | $4,350.00 | $10,000.00 | | | $347.09 | $27,455.30 |