Exhibit 9 - Data from tip sheets

| Bates* | Date | Shift | Total points | J'on Alexander points | Juan Izquierdo points | Sergio (somm) points | Laura (MD) points | Branko (captain) points | Total captains | Total servers | Total bartenders | Total bussers | Total runners | Total somms | Total MDs | Total barbacks | Total cash tips | Total CC tips | Cash tips as % of CC tips |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P7-8 | 8/28/2023 | Dinner | 170 | 0 | 10 | 10 | 10 | 0 | 0 | 6 | 3 | 6 | 3 | 1 | 1 | 1 | $275.00 | $2,718.88 | 10.11% |
| P5-6 | 8/29/2023 | Dinner | 172.5 | 0 | 10 | 10 | 10 | 0 | 0 | 7 | 3 | 6 | 3 | 1 | 1 | 0 | $509.00 | $4,015.18 | 12.68% |
| P3-4 | 8/30/2023 | Dinner | 170 | 0 | 10 | 10 | 0 | 0 | 0 | 6 | 3 | 6 | 3 | 1 | 1 | 1 | $2,173.00 | $4,141.32 | 52.47% |
| P1-2 | 8/31/2023 | Dinner | 170 | 0 | 10 | 10 | 10 | 0 | 0 | 7 | 2 | 6 | 3 | 1 | 1 | 1 | $788.00 | $3,885.84 | 20.28% |
| P49-50 | 10/3/2023 | Dinner | 207.5 | 0 | 10 | 10 | 10 | 10 | 2 | 6 | 3 | 6 | 4 | 2 | 1 | 1 | $712.00 | $4,581.87 | 15.54% |
| P51-52 | 10/5/2023 | Dinner | 235 | 10 | 10 | 10 | 10 | 10 | 2 | 7 | 3 | 8 | 5 | 2 | 1 | 1 | $564.00 | $7,274.27 | 7.75% |
| P45-46 | 10/6/2023 | Dinner | 222.5 | 10 | 10 | 10 | 0 | 10 | 2 | 7 | 3 | 7 | 4 | 2 | 1 | 1 | $774.00 | $6,117.05 | 12.65% |
| P37-38 | 10/9/2023 | Dinner | 172.5 | 0 | 10 | 0 | 0 | 0 | 1 | 6 | 2 | 5 | 4 | 1 | 1 | 1 | $1,014.00 | $3,212.72 | 31.56% |
| P39-40, 101 | 10/10/2023 | Dinner | 225 | 0 | 10 | 10 | 0 | 0 | 2 | 7 | 3 | 6 | 5 | 2 | 1 | 1 | $804.00 | $8,115.84 | 9.91% |
| P13-14 | 10/11/2023 | Dinner | 242.5 | 10 | 10 | 10 | 10 | 10 | 2 | 7 | 3 | 8 | 6 | 2 | 1 | 1 | $1,021.00 | $8,904.50 | 11.47% |
| P15-16 | 10/12/2023 | Dinner | 245 | 10 | 10 | 10 | 0 | 10 | 2 | 8 | 3 | 8 | 5 | 2 | 1 | 1 | $792.00 | $8,246.65 | 9.60% |
| P17, 42 | 10/13/2023 | Dinner | 225 | 10 | 10 | 10 | 0 | 10 | 2 | 8 | 3 | 7 | 3 | 2 | 1 | 1 | $1,018.00 | $7,242.18 | 14.06% |
| P27-28 | 10/16/2023 | Dinner | 187.5 | 0 | 10 | 0 | 0 | 0 | 1 | 7 | 2 | 6 | 4 | 1 | 1 | 1 | $476.00 | $5,694.29 | 8.36% |
| P21-22 | 10/17/2023 | Dinner | 245 | 10 | 10 | 10 | 0 | 10 | 2 | 8 | 3 | 8 | 5 | 2 | 1 | 1 | $792.00 | $8,771.20 | 9.03% |
| P31-32 | 10/18/2023 | Dinner | 272.5 | 0 | 10 | 10 | 10 | 10 | 2 | 9 | 4 | 8 | 6 | 2 | 1 | 1 | $639.00 | $13,028.89 | 4.90% |
| P33-34 | 10/19/2023 | Dinner | 252.5 | 10 | 10 | 10 | 0 | 10 | 2 | 8 | 4 | 8 | 6 | 1 | 1 | 1 | $1,351.00 | $10,190.66 | 13.26% |
| P35-36 | 10/20/2023 | Dinner | 240 | 10 | 10 | 10 | 0 | 10 | 2 | 8 | 3 | 7 | 5 | 2 | 1 | 1 | $905.00 | $5,953.29 | 15.20% |
| | | | | | | | | | | | | | | | | | Total tips: $14,607.00 | $112,094.63 | |
| | | | | | | | | | | | | | | | | | | Average %: | 15.23% |

* From Alexander Decl. Ex. 2 and Izquierdo Decl. Ex. 2

# Exhibit 9 - Data from tip sheets

| Bates* | Date | Total points for eligible people | Total tips paid to ineligible people | J Alexander tips actually received | J Alexander share of points for eligible people | J Alexander share of tips paid to ineligible people | J Alexander misappropriated tips as % of tips he actually received | J Iquierdo tips actually received | J Izquierdo share of points for eligible people | J Izquierdo share of tips paid to ineligible people | J Izquierdo misappropriated tips as % of tips he actually received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P7-8 | 8/28/2023 | 150.00 | $352.22 | $0.00 | 0.00% | $0.00 | | $176.11 | 6.67% | $23.48 | 13.33% |
| P5-6 | 8/29/2023 | 152.50 | $524.54 | $0.00 | 0.00% | $0.00 | | $262.27 | 6.56% | $34.40 | 13.11% |
| P3-4 | 8/30/2023 | 160.00 | $371.43 | $0.00 | 0.00% | $0.00 | | $371.43 | 6.25% | $23.21 | 6.25% |
| P1-2 | 8/31/2023 | 150.00 | $549.86 | $0.00 | 0.00% | $0.00 | | $274.93 | 6.67% | $36.66 | 13.33% |
| P49-50 | 10/3/2023 | 177.50 | $765.38 | $0.00 | 0.00% | $0.00 | | $255.13 | 5.63% | $43.12 | 16.90% |
| P51-52 | 10/5/2023 | 205.00 | $1,000.63 | $333.54 | 4.88% | $48.81 | 14.63% | $333.54 | 4.88% | $48.81 | 14.63% |
| P45-46 | 10/6/2023 | 202.50 | $619.42 | $309.71 | 4.94% | $30.59 | 9.88% | $309.71 | 4.94% | $30.59 | 9.88% |
| P37-38 | 10/9/2023 | 172.50 | $0.00 | $0.00 | 0.00% | $0.00 | | $245.03 | 5.80% | $0.00 | |
| P39-40, 101 | 10/10/2023 | 215.00 | $396.44 | $0.00 | 0.00% | $0.00 | | $396.44 | 4.65% | $18.44 | 4.65% |
| P13-14 | 10/11/2023 | 212.50 | $1,227.90 | $409.30 | 4.71% | $57.78 | 14.12% | $409.30 | 4.71% | $57.78 | 14.12% |
| P15-16 | 10/12/2023 | 225.00 | $737.85 | $368.92 | 4.44% | $32.79 | 8.89% | $368.92 | 4.44% | $32.79 | 8.89% |
| P17, 42 | 10/13/2023 | 205.00 | $734.24 | $367.12 | 4.88% | $35.82 | 9.76% | $367.12 | 4.88% | $35.82 | 9.76% |
| P27-28 | 10/16/2023 | 187.50 | $0.00 | $0.00 | 0.00% | $0.00 | | $329.08 | 5.33% | $0.00 | |
| P21-22 | 10/17/2023 | 225.00 | $780.67 | $390.33 | 4.44% | $34.70 | 8.89% | $390.33 | 4.44% | $34.70 | 8.89% |
| P31-32 | 10/18/2023 | 242.50 | $1,504.72 | $0.00 | 0.00% | $0.00 | | $501.57 | 4.12% | $62.05 | 12.37% |
| P33-34 | 10/19/2023 | 232.50 | $914.19 | $457.10 | 4.30% | $39.32 | 8.60% | $457.10 | 4.30% | $39.32 | 8.60% |
| P35-36 | 10/20/2023 | 220.00 | $571.52 | $285.76 | 4.55% | $25.98 | 9.09% | $285.76 | 4.55% | $25.98 | 9.09% |
| | | | | | | | | $5,733.78 | | | |
| | | | | | | **Average %:** | **10.48%** | | | **Average %:** | **10.92%** |

\* From Alexander Decl. Ex. 2 and Izquierdo Decl. Ex. 2