Exhibit 10 - Plaintiff Alexander's damages

| Plaintiff | Minimum wage and overtime | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Check date (Alexander Decl. Ex. 1) | Reg rate paid | Reg hours | Total reg pay | Full MW | Total MW comp due for regular hours | Total unpaid MW for regular hours | OT rate paid | OT hours | Total OT pay | Full OT rate (1.5 x MW) | Total OT comp due | Total unpaid OT | CC tips received |
| Alexander | 11/3/2023 | $10.00 | 40 | $400.00 | $15.00 | $600.00 | $200.00 | $17.10 | 1.00 | $17.10 | $22.50 | $22.50 | $5.40 | $1,878.41 |
| Alexander | 10/27/2023 | $10.00 | 40 | $400.00 | $15.00 | $600.00 | $200.00 | $17.10 | 3.50 | $59.85 | $22.50 | $78.75 | $18.90 | $1,884.41 |
| Alexander | 10/20/2023 | $10.00 | 40 | $400.00 | $15.00 | $600.00 | $200.00 | $17.10 | 2.50 | $42.75 | $22.50 | $56.25 | $13.50 | $1,844.66 |
| Alexander | 10/13/2023 | $10.00 | 40 | $400.00 | $15.00 | $600.00 | $200.00 | $17.10 | 1.50 | $25.65 | $22.50 | $33.75 | $8.10 | $1,488.56 |
| Alexander | 10/6/2023 | $10.00 | 33.5 | $335.00 | $15.00 | $502.50 | $167.50 | | | | $22.50 | $0.00 | $0.00 | $1,296.48 |
| Alexander | 9/29/2023 | $10.00 | 39.5 | $395.00 | $15.00 | $592.50 | $197.50 | | | | $22.50 | $0.00 | $0.00 | $1,550.67 |
| Alexander | 9/22/2023 | $10.00 | 33 | $330.00 | $15.00 | $495.00 | $165.00 | | | | $22.50 | $0.00 | $0.00 | $1,267.45 |
| Alexander | 9/15/2023 | $10.00 | 38.5 | $385.00 | $15.00 | $577.50 | $192.50 | | | | $22.50 | $0.00 | $0.00 | $1,233.85 |
| Alexander | 9/8/2023 | $10.00 | 24.5 | $245.00 | $15.00 | $367.50 | $122.50 | | | | $22.50 | $0.00 | $0.00 | $690.08 |
| Alexander | 9/1/2023 | $10.00 | 9.5 | $95.00 | $15.00 | $142.50 | $47.50 | | | | $22.50 | $0.00 | $0.00 | $152.54 |
| | | | | | | **Total:** | **$1,692.50** | | | | | | **$45.90** | **$13,287.11** |

| | Spread of hours | | |
|---|---|---|---|
| | Total spread of hours shifts worked: | 10 | |
| | NY minimum wage: | $15.00 | |
| | Total unpaid spread of hours comp: | $150.00 | |

| | NYLL 195 | | |
|---|---|---|---|
| | Total days worked: | 54 | |
| | Total NYLL 195(1) damages: | $2,700.00 | |
| | Total NYLL 195(3) damages: | $5,000.00 | |

Exhibit 10 - Plaintiff Alexander's damages

| | Tips | |
|---|---|---|
| | Total CC tips received: | $13,287.11 |
| | Misappropriated tips as % of tips received: | 10.48% |
| | **Total misappropriated CC tips:** | **$1,392.74** |
| | Cash tips as % of CC tips: | 15.23% |
| | **Total cash tips received:** | **$2,023.04** |
| | **Total misappropriated cash tips:** | **$212.05** |
| | **Total misappropriated tips:** | **$1,604.79** |