**Exhibit 11 - Plaintiff Izquierdo's damages**

| Tips | | | | | |
|---|---|---|---|---|---|
| Check date (Izquierdo Decl. Ex. 1) | YTD credit card total tips | Cash tips as % of CC tips | Est cash tips | Total tips (cc and cash) | Total misappropriated tips |
| 10/27/2023 | $9,280.93 | 15.23% | $1,413.07 | $10,694.16 | $1,167.80 |
| | | | | | |
| Total CC tips received: | $9,280.93 | | | | |
| Misappropriated tips as % of tips received: | 10.92% | | | | |
| **Total misappropriated CC tips:** | **$1,013.54** | | | | |
| Cash tips as % of CC tips: | 15.23% | | | | |
| **Total cash tips received:** | **$1,413.07** | | | | |
| Total misappropriated cash tips: | $154.32 | | | | |
| Total misappropriated tips: | $1,167.86 | | | | |
| | | | | | |
| **NYLL 195** | | | | | |
| | | | | | |
| Total days worked: | 33 | | | | |
| **Total NYLL 195(1) damages:** | $1,650.00 | | | | |
| **Total NYLL 195(3) damages:** | $5,000.00 | | | | |