Exhibit 17 - Joseph Kirschenbaum LLP time records

| Biller | Date | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| D. Maimon Kirschenbaum | 11/17/2023 | 1.8 | $500.00 | $900.00 | Intake Meeting |
| Evelyn Velesaca | 12/14/2023 | 0.1 | $125.00 | $12.50 | Open case file |
| D. Maimon Kirschenbaum | 12/15/2023 | 0.5 | $500.00 | $250.00 | Work on Complaint |
| Denise Schulman | 12/15/2023 | 0.2 | $500.00 | $100.00 | Edit complaint |
| Denise Schulman | 12/15/2023 | 0.3 | $500.00 | $150.00 | Edit complaint |
| D. Maimon Kirschenbaum | 12/21/2023 | 0.1 | $500.00 | $50.00 | Incorporate client's changes to the complaint |
| Evelyn Velesaca | 12/21/2023 | 0.7 | $125.00 | $87.50 | Review complaint, draft cover sheet and civil cover sheet |
| Denise Schulman | 1/2/2024 | 0.1 | $500.00 | $50.00 | Send summons and complaint out for service |
| D. Maimon Kirschenbaum | 2/11/2024 | 0.2 | $500.00 | $100.00 | Review docket/confirm Ds in default |
| D. Maimon Kirschenbaum | 3/12/2024 | 0.1 | $500.00 | $50.00 | Communicate with clients re: status of case/default |
| Denise Schulman | 3/14/2024 | 0.3 | $500.00 | $150.00 | Draft request for certificate of default |
| Denise Schulman | 3/14/2024 | 0.1 | $500.00 | $50.00 | Review docket |
| Denise Schulman | 3/26/2024 | 0.1 | $500.00 | $50.00 | Review service of process docs |
| Denise Schulman | 4/8/2024 | 0.1 | $500.00 | $50.00 | Review default procedures and complaint |
| Denise Schulman | 4/8/2024 | 0.1 | $500.00 | $50.00 | File default cert papers |
| Denise Schulman | 4/8/2024 | 0.2 | $500.00 | $100.00 | File notice of appearance/prepare request for default certificate |
| D. Maimon Kirschenbaum | 4/9/2024 | 0.2 | $500.00 | $100.00 | Communicate with clients re: docs needed for default |
| Denise Schulman | 4/9/2024 | 0.4 | $500.00 | $200.00 | Review tip sheets |
| Denise Schulman | 4/10/2024 | 0.2 | $500.00 | $100.00 | Review client documents |
| Denise Schulman | 4/12/2024 | 0.3 | $500.00 | $150.00 | Prepare damage calc for default |
| Denise Schulman | 4/14/2024 | 1.2 | $500.00 | $600.00 | Prepare damage calc for default |
| Denise Schulman | 4/28/2024 | 0.9 | $500.00 | $450.00 | Prepare damage calc for default |
| Denise Schulman | 5/17/2024 | 0.3 | $500.00 | $150.00 | Draft default papers |
| Denise Schulman | 5/17/2024 | 0.1 | $500.00 | $50.00 | Discuss default with Maimon |
| Denise Schulman | 5/17/2024 | 0.6 | $500.00 | $300.00 | Draft default papers |
| Denise Schulman | 5/17/2024 | 0.6 | $500.00 | $300.00 | Prepare default papers |
| Denise Schulman | 5/21/2024 | 0.2 | $500.00 | $100.00 | Email clients re: scheduling meeting |
| Denise Schulman | 5/22/2024 | 0.1 | $500.00 | $50.00 | Email clients re: scheduling meeting |
| Denise Schulman | 5/28/2024 | 0.8 | $500.00 | $400.00 | Prep for client meeting re: default |
| Denise Schulman | 5/30/2024 | 1.1 | $500.00 | $550.00 | Client meeting re: default |
| Denise Schulman | 5/30/2024 | 0.2 | $500.00 | $100.00 | Draft default decls/prep for client meeting |

Exhibit 17 - Joseph Kirschenbaum LLP time records

| Biller | Date | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| Denise Schulman | 6/3/2024 | 0.2 | $500.00 | $100.00 | Draft default papers |
| Denise Schulman | 6/3/2024 | 0.5 | $500.00 | $250.00 | Work on damage calc |
| Denise Schulman | 6/4/2024 | 0.7 | $500.00 | $350.00 | Draft default papers |
| Denise Schulman | 6/6/2024 | 0.2 | $500.00 | $100.00 | Draft default papers |
| Denise Schulman | 6/6/2024 | 0.1 | $500.00 | $50.00 | Send J'on's decl through Docusign |
| Denise Schulman | 6/6/2024 | 0.1 | $500.00 | $50.00 | Email J'on re: updated decl |
| Denise Schulman | 6/21/2024 | 1 | $500.00 | $500.00 | Research for default order to show cause |
| Denise Schulman | 6/23/2024 | 0.5 | $500.00 | $250.00 | Research for default order to show cause |
| Denise Schulman | 6/24/2024 | 0.1 | $500.00 | $50.00 | Discuss default with Maimon |
| Denise Schulman | 6/27/2024 | 0.1 | $500.00 | $50.00 | Research for default |
| Denise Schulman | 7/12/2024 | 1.9 | $500.00 | $950.00 | Draft default papers |
| Denise Schulman | 7/15/2024 | 0.3 | $500.00 | $150.00 | Draft default papers/email Juan re: declaration |
| Denise Schulman | 7/15/2024 | 2.1 | $500.00 | $1,050.00 | Draft default papers |
| Denise Schulman | 7/16/2024 | 0.2 | $500.00 | $100.00 | Edit Alexander declaration |
| Denise Schulman | 7/16/2024 | 0.1 | $500.00 | $50.00 | Email J'on re: default |
| Denise Schulman | 7/16/2024 | 0.6 | $500.00 | $300.00 | Draft default papers |
| Denise Schulman | 7/16/2024 | 0.1 | $500.00 | $50.00 | Email J'on re: declaration |
| Denise Schulman | 7/17/2024 | 0.6 | $500.00 | $300.00 | Draft default papers |
| Denise Schulman | 7/17/2024 | 0.1 | $500.00 | $50.00 | Send J'on updated declaration to sign |
| Denise Schulman | 7/17/2024 | 0.2 | $500.00 | $100.00 | Edit declarations/email clients re: same |
| Denise Schulman | 7/19/2024 | 0.4 | $500.00 | $200.00 | Draft default papers |
| | **Total:** | **22.3** | | **$10,850.00** | |