# Exhibit 18



Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington

Society of Professional Investigators Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

"Serving the Legal Community Since 1977."

January 17, 2024

ATTN: DENISE SCHULMAN

JOSEPH & KIRSCHENBAUM LLP
32 BROADWAY, SUITE 601
NEW YORK, NEW YORK 10004

INVOICE # SD-11010

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| J'on Alexander and Juan Izquierdo, on behalf of themselves and others similarly situated | DRG Hospitality Group, Inc. d/b/a Delmonico's | Sum. & Compl. On DRG Hospitality Group, Inc. d/b/a Delmonico's | $ 90.00 |
| | | Printing Fees | $  4.50 |
| | | TOTAL BILL: | $ 94.50 |

**\*DUE UPON RECEIPT\***

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
18 EAST 41st STREET, SUITE 1600 • NEW YORK, NEW YORK 10017
(212) 233-3346 • Fax (212) 349-0338
e-mail: info@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington

Society of Professional Investigators Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.



*"Serving the Legal Community Since 1977."*

March 19, 2024

ATTN: MARIELA LINI

JOSEPH & KIRSCHENBAUM LLP
32 BROADWAY, SUITE 601
NEW YORK, NY 10004

INVOICE # YL-4157

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| J'On Alexander and Juan Izquierdo, on Behalf of themselves And others similarly situated | DGR Hospitality Group, Inc. d/b/a Delmonico's | Sum. & Compl. Emergency Service On DRG Hospitality Group, Inc. d/b/a Delmonico's in Albany, NY | $250.00 |
| | | +Printing Fees | $   4.50 |
| | | FINAL BILL: | $254.50 |

**DUE UPON RECEIPT**

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
18 EAST 41st STREET, SUITE 1600 • NEW YORK, NEW YORK 10017
(212) 233-3346 • Fax (212) 349-0338
e-mail: info@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123