**J'UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x
**J'ON ALEXANDER and JUAN IZQUIERDO, on behalf of themselves and others similarly situated,**

        Case No. 23 CV 11101 (ER)

      **Plaintiffs,**

   v.

**DRG HOSPITALITY GROUP, INC. d/b/a DELMONICO'S,**

      **Defendant.**
------------------------------------------------------x

## STATEMENT OF DAMAGES

Compensatory damages sued for: $4,661.05

Liquidated damages sued for: $8,097.16

Statutory penalties sued for: $14,350

Prejudgment interest on compensatory damages at 9% from September 24, 2023 through date of judgment: $347.09 as of July 22, 2024

Attorneys' fees: $10,850

Costs and disbursements:

Filing fee: $405
Service of process: $349

Total (as of July 22, 2024): $39,059.30