J'UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
J'ON ALEXANDER and JUAN
IZQUIERDO, on behalf of themselves and
others similarly situated,

        Plaintiffs,

  v.

DRG HOSPITALITY GROUP, INC. d/b/a
DELMONICO'S,

        Defendant.
------------------------------------------------------x

Case No. 23 CV 11101 (ER)

## [proposed] DEFAULT JUDGMENT

It is hereby **ORDERED, ADJUDGED, AND DECREED**, default judgment is entered against Defendant DRG Hospitality Group, Inc. and in favor of Plaintiffs J'on Alexander and Juan Izquierdo in the total amount of $_____ as follows. Plaintiff Alexander is awarded $3,493.19 in back wages/tips under the New York Labor Law ("NYLL"), plus 9% prejudgment interest accruing from September 24, 2023 and totaling $_____; $5,516.23 in liquidated damages; $2,700 in wage notice statutory damages; and $5,000 in wage statement statutory damages. Plaintiff Izquierdo is awarded $1,167.86 in back wages under the NYLL, with 9% prejudgment interest accruing from September 24, 2023 and totaling $_____; $2,580.93 in liquidated damages; $1,650 in wage notice statutory damages; and $5,000 in wage statement statutory damages. Plaintiffs Alexander and Izquierdo are awarded $11,604 in attorneys' fees and costs. If the judgment is not entirely paid within 90 days of judgment, or 90 days after the expiration of time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by 15 percent. The Court also awards post-judgment interest pursuant to 28 U.S.C. § 1961.

Dated: New York, New York
    _____, 202\_

DANIEL ORTIZ  
Acting Clerk of Court

By: _____
      Deputy Clerk