JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-981-9587 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

August 30, 2024

VIA ECF

**MEMO ENDORSED**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    Alexander v. DRG Hospitality Group, Inc.
                 No. 23 CV 11101

Dear Judge Ramos:

      We represent the Plaintiffs in the above-referenced action. I write to inform the Court that the parties have reached a settlement in principle. Accordingly, I respectfully request that the Order to Show Cause hearing scheduled for September 5, 2024 concerning Plaintiffs' application for a default judgment be adjourned *sine die*. We thank the Court for its attention to this matter.

                               Respectfully submitted,

                               /s/ Denise A. Schulman
                             Denise A. Schulman

cc: Frank Giambalvo, Esq. (via email)

---

The parties are directed to submit the settlement agreement or provide a status update by October 6, 2024. The September 5 show cause hearing is canceled.
SO ORDERED.

                               _____
                             Edgardo Ramos, U.S.D.J.
                             Dated:  9/4/2024
                             New York, New York