JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

December 5, 2024

**VIA ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: **Alexander v. DRG Hospitality Group, Inc.**
       No. 23 CV 11101

Dear Judge Ramos:

  We represent the Plaintiffs in the above-referenced Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") action. In accordance with the Court's November 14, 2024 Order, the parties have revised the release provision in their settlement agreement. The revised settlement agreement is attached hereto as Exhibit 1. For the reasons set forth in Plaintiffs' October 10, 2024 letter (attached hereto as Exhibit 2) and the Court's November 14, 2024 Order, we respectfully request that the Court approve the settlement and so-order the parties' stipulation of dismissal of this action. We thank the Court for its attention to this matter.

            Respectfully submitted,

            /s/ Denise A. Schulman
            Denise A. Schulman

cc: All Counsel (via ECF)