**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

March 4, 2025

**VIA ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **Alexander v. DRG Hospitality Group, Inc.**
               **No. 23 CV 11101**

Dear Judge Ramos:

      We represent the Plaintiffs in the above-referenced Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") action. On November 14, 2024, the Court denied without prejudice Plaintiffs' motion for approval of the parties' settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) because of the scope of the release provision. (Dkt. No. 26.) The parties submitted a revised settlement agreement for approval on December 5, 2024, which altered the release provision in accordance with the Court's prior Order. (Dkt. No. 29.) Accordingly, we respectfully request that the Court approve the revised settlement agreement and dismiss this action. If the Court deems it appropriate, we are available at the Court's convenience for a conference. We thank the Court for its attention to this matter.

                    Respectfully submitted,

                    /s/ Denise A. Schulman
                    Denise A. Schulman

cc: All Counsel (via ECF)